# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604; | )<br>)<br>)<br>)<br>) |
| R.S.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604; | )<br>)<br>) No. 1:23-cv-_____<br>)<br>) |
| M.P.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604; | )<br>)<br>)<br>)<br>) |
| J.P.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604; | )<br>)<br>)<br>)<br>) |
| E.B.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604; | )<br>)<br>)<br>)<br>) |
| M.N.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604; | )<br>)<br>)<br>)<br>) |
| K.R.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604; | )<br>)<br>)<br>)<br>) |
| M.R.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604; | )<br>)<br>)<br>)<br>)<br>) |
| B.H.* | ) |

|  |  |
|---|---|
| c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604; | )<br>)<br>)<br>) |
| L.A.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604; | )<br>)<br>)<br>)<br>) |
| R.V.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604; | )<br>)<br>)<br>)<br>) |
| Y.F.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604; | )<br>)<br>)<br>)<br>) |
| M.S.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604; | )<br>)<br>)<br>)<br>) |
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER<br>1500 East Yandell Drive<br>El Paso, TX 79902; | )<br>)<br>)<br>)<br>) |
| REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES<br>5121 Crestway Drive, Suite105<br>San Antonio, TX 78239; | )<br>)<br>)<br>)<br>) |
| *Plaintiffs*, | ) |
| v. | )<br>) |
| ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity,<br>245 Murray Lane, SW<br>Washington, DC 20528; | )<br>)<br>)<br>)<br>)<br>) |
| U.S. DEPARTMENT OF HOMELAND SECURITY,<br>245 Murray Lane, SW<br>Washington, DC 20528; | )<br>)<br>)<br>) |

| | |
|---|---|
| UR JADDOU, Director of U.S. Citizenship and Immigration Services, in her official capacity, 245 Murray Lane, SW Washington, DC 20528; | ) ) ) ) ) ) |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, 5900 Capital Gateway Drive Camp Springs, MD, 20746; | ) ) ) ) ) ) |
| TROY A. MILLER, Acting Commissioner of U.S. Customs and Border Protection, in his official capacity, 1300 Pennsylvania Ave, NW Washington, DC 20229; | ) ) ) ) ) ) ) |
| U.S. CUSTOMS AND BORDER PROTECTION, 1300 Pennsylvania Ave, NW Washington, DC 20229; | ) ) ) ) |
| TAE D. JOHNSON, Acting Director of Immigration and Customs Enforcement, in his official capacity, 500 12th Street, SW Washington, DC 20536; | ) ) ) ) ) ) |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, 500 12th Street, SW Washington, DC 20536; | ) ) ) ) ) ) |
| MERRICK GARLAND, Attorney General of the United States, in his official capacity, 950 Pennsylvania Avenue, NW Washington, DC 20530; | ) ) ) ) ) ) |
| U.S. DEPARTMENT OF JUSTICE, 950 Pennsylvania Avenue, NW Washington, DC 20530; | ) ) ) ) ) |
| DAVID NEAL, Director of the Executive Office for Immigration Review, in his official capacity, 5107 Leesburg Pike Falls Church, VA 22041; | ) ) ) ) ) ) ) |

3

| | |
|---|---|
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, 5107 Leesburg Pike Falls Church, VA 22041; | ) ) ) ) ) |
| *Defendants.* | ) ) ) ) ) ) ) ) |

# CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel of record for Plaintiffs M.A., R.S., M.P., J.P., E.B., M.N., K.R., M.R., B.H., L.A., R.V., Y.F., M.S., Las Americas Immigrant Advocacy Center, and Refugee and Immigrant Center for Education and Legal Services, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of stock of either Las Americas Immigrant Advocacy Center or Refugee and Immigrant Center for Education and Legal Services which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

                                                     Respectfully submitted,

                                                     s/ Keren Zwick
                                                   Keren Zwick (D.D.C. Bar. No. IL0055)
                                                   National Immigrant Justice Center
                                                   224 S. Michigan Avenue, Suite 600
                                                   Chicago, IL 60604
                                                   (312) 660-1370
                                                   kzwick@heartlandalliance.org
                                                   *Attorney of record for Plaintiffs*