AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| M.A., et al. *Plaintiff* | ) ) ) | |
| v. | ) | Case No. 1:23-cv-01843 |
| Alejandro Mayorkas, et al. *Defendant* | ) ) ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Alejandro Mayorkas, et al.

Date: 06/23/2023

/s Christina P. Greer
*Attorney's signature*

Christina P. Greer
*Printed name and bar number*

U.S. DOJ, CIV, Office of Immigration Litigation
P.O. Box 878, Benjamin Franklin Station
Washington, D.C., 20044
*Address*

Christina.p.greer@usdoj.gov
*E-mail address*

(202) 598-8770
*Telephone number*

*FAX number*