AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| M.A., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-01843 |
| ALEJANDRO MAYORKAS, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs M.A. et al.                                                                                                                .

Date:        06/24/2023

/s/ Cody Wofsy
*Attorney's signature*

Cody Wofsy (D.D.C. Bar No. CA00103)
*Printed name and bar number*

American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
*Address*

cwofsy@aclu.org
*E-mail address*

(415) 343-0785
*Telephone number*

(415) 395-0950
*FAX number*