UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al.,*<br><br>                Plaintiffs,<br><br>         v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, *et al.*,<br><br>                Defendants. | No. 1:23-cv-01843 |

**ENTRY OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFF**

The Clerk will please note the appearance of the undersigned as additional counsel for the plaintiffs.

*/s/ Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235962)
American Civil Liberties Union Foundation
  of the District of Columbia
915 15th Street, NW – 2nd floor
Washington. DC 20005
202-601-4266
aspitzer@acludc.org

June 24, 2023