# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Alejandro Mayorkas, Secretary of the Department of Homeland Security, in his official capacity, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No. :23-cv-01843-TSC |

## <u>REQUEST FOR SUMMONS TO ISSUE</u>

Pursuant to this Court's instruction, Plaintiffs hereby submit the attached summonses for United States Attorney General Merrick Garland and United States Attorney Matthew Graves.

Dated: June 27, 2023

Respectfully submitted,

s/Keren Zwick                        .
Keren Zwick (D.D.C. Bar. No. IL0055)
National Immigrant Justice Center
224 S. Michigan Avenue, Suite 600
Chicago, IL 60604
(312) 660-1370
*kzwick@heartlandalliance.org*

*One of Plaintiffs' Attorneys*