AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| M.A., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01843 |
| ALEJANDRO MAYORKAS, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs (M.A. et al.) .

Date: 06/28/2023

/s/ Melissa Crow
*Attorney's signature*

Melissa Crow,  DC Bar No. 453487
*Printed name and bar number*

Center for Gender & Refugee Studies
1121 14th St NW
Suite 200
Washington, D.C. 20005
*Address*

crowmelissa@uchastings.edu
*E-mail address*

(202) 355-4471
*Telephone number*

(415) 581-8824
*FAX number*