AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| M.A., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01843 |
| Alejandro Mayorkas, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants, Alejandro Mayorkas, et al.                                                      .

Date:  07/14/2023

/s/ Erez Reuveni
*Attorney's signature*

Erez Reuveni
*Printed name and bar number*

U.S. DOJ, CIV, Office of Immigration Litigation P.O. Box 878, Benjamin Franklin Station Washington, D.C., 20044
*Address*

erez.r.reuveni@usdoj.gov
*E-mail address*

(202) 307-4293
*Telephone number*

*FAX number*