## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., et al., ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> Alejandro Mayorkas, Secretary of the Department of Homeland Security, in his official capacity, et al., ) <br> ) <br> *Defendants*. ) | No. 23-cv-1843-TSC |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS AND TO FILE SUPPORTING EXHIBITS UNDER SEAL

Upon consideration of Plaintiffs' Motion for Leave to Proceed Under Pseudonyms and to File Declarations Under Seal, along with all exhibits thereto, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that Amended Plaintiffs are given leave to proceed under the pseudonyms F.C., D.M., J.S., R.E., and S.U., and to file their declarations under seal.

DATE: _____

_____
U.S. District Judge

1