IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity, et al.,<br><br>    *Defendants*. | No. 1:23-cv-01843-TSC |

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.2(g)**

  I, Mark Feldman, hereby certify under Local Civil Rules 83.2(f) and 83.2(g) of the United States District Court for the District of Columbia, that:

  1. I am a member in good standing of the California Bar. My California Bar number is 302629.

  2. I am employed by the National Immigrant Justice Center.

  3. I am representing Plaintiffs M.A., R.S., M.P., J.P., E.B., M.N., K.R., M.R., B.H., L.A., R.V., Y.F., M.S., F.C., D.M., J.S., R.E., S.U., Las Americas Immigrant Advocacy Center, and Refugee and Immigrant Center for Education and Legal Services in this case without compensation from the Plaintiffs.

  4. I am not the sole attorney in this matter. I am co-counsel with, among other attorneys, Keren Zwick, Richard Caldarone, and Mary Georgevich of the National Immigrant Justice Center, Melissa Crow and Anne Dutton of the Center for Gender & Refugee Studies, Cody Wofsy and Lee Gelernt of the American Civil Liberties Union Foundation, and Arthur B. Spitzer and Scott Michelman of the American Civil Liberties Union Foundation of the District of

Columbia, who are members of the Bar of the United States District Court for the District of Columbia.

5. Pursuant to Local Civil Rules 83.2(f) and 83.2(g), I certify that I have personal familiarity with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules 83.8(b) and 83.9(a).

Dated: September 19, 2023

Respectfully submitted,

_____
Mark Feldman
National Immigrant Justice Center
224 S. Michigan Avenue, Suite 600
Chicago, IL 60604
(312) 235-4603
mfeldman@heartlandalliance.org


*Attorney for Plaintiffs*