IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., et al.,<br><br>          *Plaintiffs*,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, et al.,<br><br>          *Defendants*. | No. 1:23-cv-01843-TSC |

## JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER

Plaintiffs and Defendants, by and through undersigned counsel, hereby move to enter the attached Protective Order.

The Protective Order is sought pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to facilitate the exchange of records and information for purposes of this litigation without undermining legitimate confidentiality concerns. *See Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 36 (1984) ("Rule 26(c) confers broad discretion on the trial court to decide when a protective order is appropriate and what degree of protection is required."); *Doe 2 v. Esper*, Civ. A. No. 17-1597 (CKK), 2019 WL 4394842, at *9 (D.D.C. Sept. 13, 2019) (noting that government confidentiality concerns can be addressed through an attorneys' eyes only designation).

1

Dated: September 22, 2023

Respectfully submitted,

/s/ Cody Wofsy
Cody Wofsy
American Civil Liberties Union,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0785
cwofsy@aclu.org

*Attorney for Plaintiffs*

/s/ Erez Reuveni
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

*Attorney for Defendants*