IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604;<br><br>R.S.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604;<br><br>M.P.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604;<br><br>J.P.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604;<br><br>E.B.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604;<br><br>M.N.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604;<br><br>K.R.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604;<br><br>M.R.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604;<br><br>B.H.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600 | Civil Action No. 1:23-cv-01843 |

Chicago, IL 60604;

L.A.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

R.V.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

Y.F.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

M.S.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

LAS AMERICAS IMMIGRANT
ADVOCACY
CENTER
1500 East Yandell Drive
El Paso, TX 79902;

REFUGEE AND IMMIGRANT CENTER
FOR
EDUCATION AND LEGAL SERVICES
5121 Crestway Drive, Suite105
San Antonio, TX 78239;,

        Plaintiffs,

   v.

ALEJANDRO MAYORKAS, Secretary of the
Department of Homeland Security, in his
official
capacity,
245 Murray Lane, SW
Washington, DC 20528;

U.S. DEPARTMENT OF HOMELAND
SECURITY,

245 Murray Lane, SW
Washington, DC 20528;

UR JADDOU, Director of U.S. Citizenship and
Immigration Services, in her official capacity,
245 Murray Lane, SW
Washington, DC 20528;

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,
5900 Capital Gateway Drive
Camp Springs, MD, 20746;

TROY A. MILLER, Acting Commissioner of U.S.
Customs and Border Protection, in his official capacity,
1300 Pennsylvania Ave, NW
Washington, DC 20229;

U.S. CUSTOMS AND BORDER PROTECTION,
1300 Pennsylvania Ave, NW
Washington, DC 20229;

TAE D. JOHNSON, Acting Director of Immigration
and Customs Enforcement, in his official capacity,
500 12th Street, SW
Washington, DC 20536;

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
500 12th Street, SW
Washington, DC 20536;

MERRICK GARLAND, Attorney General of the
United States, in his official capacity,
950 Pennsylvania Avenue, NW
Washington, DC 20530;

U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Avenue, NW

| | |
|---|---|
| Washington, DC 20530;<br><br>DAVID NEAL, Director of the Executive<br>Office for<br>Immigration Review, in his official capacity,<br>5107 Leesburg Pike<br>Falls Church, VA 22041;<br><br>EXECUTIVE OFFICE FOR IMMIGRATION<br>REVIEW,<br>5107 Leesburg Pike<br>Falls Church, VA 22041;,<br><br>     Defendants. | |

### MOTION FOR ADMISSION, *PRO HAC VICE*, OF JULIE VEROFF AS ADDITIONAL COUNSEL FOR *AMICUS CURIAE* NATIONAL CITIZENSHIP AND IMMIGRATION SERVICES COUNCIL 119

  Pursuant to Local Civil Rule 83.2, I hereby move for the *pro hac vice* admission of Julie M. Veroff of Cooley LLP as additional counsel for *amicus curiae* National Citizenship and Immigration Services Council 119 in the above-captioned action. Consistent with this Court's Scheduling Order (Dkt. 30), National Citizenship and Immigration Services Council 119 intends to file a motion for leave to appear as *amicus curiae* and accompanying brief supporting Plaintiffs on October 6, 2023. This motion is supported by the Declaration of Julie M. Veroff and a certificate of good standing issued by the Supreme Court of California, filed herewith. As set forth in Ms. Veroff's declaration, she is admitted and is an active member in good standing with the California State Bar. Pursuant to the Local Rules, I am an active and sponsoring member of the Bar of this Court.

Dated: September 28, 2023					COOLEY LLP


							By: /s/ Kathleen R. Hartnett
							Kathleen R. Hartnett
							D.C. Bar No. 483250
							(khartnett@cooley.com)

							COOLEY LLP
							3 Embarcadero Center, 20th Floor
							San Francisco, CA 94111-4004
							Telephone: +1 415 693 2000
							Facsimile:  +1 415 693 2222

							Attorney for *Amicus Curiae* National Citizenship and Immigration Services Council 119