# UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

M.A.*c/o Ntl Imm. Justice Center, et al. )
_____ )
Plaintiff(s) )
 )
vs. ) Case Number:  1:23-cv-01843
ALEJANDRO MAYORKAS, et al. )
_____ )
Defendant(s)

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name:  Julie M. Veroff

2. State bar membership number: 310161

3. Business address, telephone and fax numbers:

    3 Embarcadero Center, 20th Floor San Francisco, CA 94111

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

    Please see attached

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑

    (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  n/a

    (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No

9. Do you have a pending application for admission into USDC for the District of Columbia? No

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

**(CHECK ALL ITEMS THAT APPLY)**

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

09/27/23
DATE

_[signature]_
SIGNATURE OF ATTORNEY

## Julie Veroff's Admissions

| Court | Date of Admission |
|---|---|
| USDC – Northern District of California | 11/15/2018 |
| USDC – Central District of California | 2/7/2019 |
| U.S. Court of Appeals – Second Circuit | 10/12/2021 |
| U.S. Court of Appeals – Third Circuit | 04/20/2022 |
| U.S. Court of Appeals – Fourth Circuit | 7/19/2023 |
| U.S. Court of Appeals – Fifth Circuit | 7/18/2023 |
| U.S. Court of Appeals – Seventh Circuit | 2/22/2021 |
| U.S. Court of Appeals – Eighth Circuit | 06/07/2021 |
| U.S. Court of Appeals – Ninth Circuit | 06/06/2016 |
| U.S. Court of Appeals – Tenth Circuit | 04/30/2021 |
| U.S. Court of Appeals – Eleventh Circuit | 11/29/2021 |
| U.S. Court of Appeals – Federal Circuit | 04/07/2021 |
| U.S. Court of Appeals – D.C. Circuit | 2/28/2019 |
| Supreme Court of the United States | 5/22/2023 |



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>*JULIE MICHELLE VEROFF*</u>

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that JULIE MICHELLE VEROFF, # 310161, was on the 6th day of June, 2016 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 25th day of September 2023.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
Biying Jia, Assistant Deputy Clerk