IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.A.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

R.S.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

M.P.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

J.P.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

E.B.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

M.N.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

K.R.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

M.R.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

B.H.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600

Civil Action No. 1:23-cv-01843

Chicago, IL 60604;

L.A.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

R.V.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

Y.F.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

M.S.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

LAS AMERICAS IMMIGRANT
ADVOCACY
CENTER
1500 East Yandell Drive
El Paso, TX 79902;

REFUGEE AND IMMIGRANT CENTER
FOR
EDUCATION AND LEGAL SERVICES
5121 Crestway Drive, Suite105
San Antonio, TX 78239;,

        Plaintiffs,

  v.

ALEJANDRO MAYORKAS, Secretary of the
Department of Homeland Security, in his official
capacity,
245 Murray Lane, SW
Washington, DC 20528;

U.S. DEPARTMENT OF HOMELAND
SECURITY,

245 Murray Lane, SW
Washington, DC 20528;

UR JADDOU, Director of U.S. Citizenship and
Immigration Services, in her official capacity,
245 Murray Lane, SW
Washington, DC 20528;

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,
5900 Capital Gateway Drive
Camp Springs, MD, 20746;

TROY A. MILLER, Acting Commissioner of U.S.
Customs and Border Protection, in his official capacity,
1300 Pennsylvania Ave, NW
Washington, DC 20229;

U.S. CUSTOMS AND BORDER PROTECTION,
1300 Pennsylvania Ave, NW
Washington, DC 20229;

TAE D. JOHNSON, Acting Director of Immigration
and Customs Enforcement, in his official capacity,
500 12th Street, SW
Washington, DC 20536;

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
500 12th Street, SW
Washington, DC 20536;

MERRICK GARLAND, Attorney General of the
United States, in his official capacity,
950 Pennsylvania Avenue, NW
Washington, DC 20530;

U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Avenue, NW

Washington, DC 20530;

DAVID NEAL, Director of the Executive Office for
Immigration Review, in his official capacity,
5107 Leesburg Pike
Falls Church, VA 22041;

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,
5107 Leesburg Pike
Falls Church, VA 22041;,

    Defendants.

## [PROPOSED] ORDER GRANTING THE MOTION TO APPEAR *PRO HAC VICE* FOR JULIE M. VEROFF

Upon consideration of the Motion for Admission of Attorney Julie M. Veroff *pro hac vice*, it is hereby **ORDERED** that the Motion for Admission of Attorney Julie M. Veroff *pro hac vice* is **GRANTED** and that Ms. Veroff can appear and participate in the above-captioned action on behalf of *amicus curiae* National Citizenship and Immigration Services Council 119.

Dated: _____, 2023

                SO ORDERED.

                _____
                Hon. Tanya S. Chutkan
                United States District Judge