IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.A.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

R.S.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

M.P.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

J.P.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

E.B.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

M.N.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

K.R.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

M.R.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

B.H.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600

Civil Action No. 1:23-cv-01843

Chicago, IL 60604;

L.A.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

R.V.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

Y.F.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

M.S.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

LAS AMERICAS IMMIGRANT
ADVOCACY
CENTER
1500 East Yandell Drive
El Paso, TX 79902;

REFUGEE AND IMMIGRANT CENTER
FOR
EDUCATION AND LEGAL SERVICES
5121 Crestway Drive, Suite105
San Antonio, TX 78239;,

              Plaintiffs,

      v.

ALEJANDRO MAYORKAS, Secretary of the
Department of Homeland Security, in his
official
capacity,
245 Murray Lane, SW
Washington, DC 20528;

U.S. DEPARTMENT OF HOMELAND
SECURITY,

245 Murray Lane, SW
Washington, DC 20528;

UR JADDOU, Director of U.S. Citizenship
and
Immigration Services, in her official capacity,
245 Murray Lane, SW
Washington, DC 20528;

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,
5900 Capital Gateway Drive
Camp Springs, MD, 20746;

TROY A. MILLER, Acting Commissioner of
U.S.
Customs and Border Protection, in his official
capacity,
1300 Pennsylvania Ave, NW
Washington, DC 20229;

U.S. CUSTOMS AND BORDER
PROTECTION,
1300 Pennsylvania Ave, NW
Washington, DC 20229;

TAE D. JOHNSON, Acting Director of
Immigration
and Customs Enforcement, in his official
capacity,
500 12th Street, SW
Washington, DC 20536;

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,
500 12th Street, SW
Washington, DC 20536;

MERRICK GARLAND, Attorney General of
the
United States, in his official capacity,
950 Pennsylvania Avenue, NW
Washington, DC 20530;

U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Avenue, NW

Washington, DC 20530;

DAVID NEAL, Director of the Executive
Office for
Immigration Review, in his official capacity,
5107 Leesburg Pike
Falls Church, VA 22041;

EXECUTIVE OFFICE FOR IMMIGRATION
REVIEW,
5107 Leesburg Pike
Falls Church, VA 22041;,

Defendants.

## MOTION FOR ADMISSION, *PRO HAC VICE* OF ZOË HELSTROM AS ADDITIONAL COUNSEL FOR *AMICUS CURIAE* NATIONAL CITIZENSHIP AND IMMIGRATION SERVICES COUNCIL 119

Pursuant to Local Civil Rule 83.2, hereby moves for the *pro hac vice* admission of Zoë Helstrom of Cooley LLP as additional counsel for *amicus curiae* National Citizenship and Immigration Services Council 119 in the above-captioned action. Consistent with this Court's Scheduling Order (Dkt. 30). National Citizenship and Immigration Services Council 119 intends to file a motion for leave to appear as *amicus curiae* and accompanying brief supporting Plaintiff's on October 6, 2023. This motion is supported by the Declaration of Zoë Helstrom and a certificate of good standing issued by the Supreme Court of California, filed herewith. As set forth in Ms. Helstrom's declaration, she is admitted and is an active member in good standing with the California State Bar. Pursuant to the Local Rules, I am an active and sponsoring member of the Bar of this Court.

Dated:  September 28, 2023                          COOLEY LLP


By: /s/ Kathleen R. Hartnett
       Kathleen R. Hartnett
       D.C. Bar No. 483250
       (khartnett@cooley.com)


       COOLEY LLP
       3 Embarcadero Center, 20th Floor
       San Francisco, CA 94111-4004
       Telephone: +1 415 693 2000
       Facsimile:  +1 415 693 2222

       Attorney for *Amicus Curiae* National
       Citizenship and Immigration Services
       Council 119