IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary Homeland Security, in his official capacity, et al., <br><br> *Defendants.* | No. 1:23-cv-01843-TSC |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiffs' motion for summary judgment. Having considered the motion, the memoranda and exhibits in support thereof, and the brief in opposition thereto, the Court **GRANTS** Plaintiffs' motion for summary judgment. The Court hereby:

1. **VACATES** the expedited removal regulations established by the Circumvention of Lawful Pathways Rule ("the Rule") at 8 C.F.R. §§ 208.33(b), 1208.33(b); the policy of reducing the consultation period preceding a credible fear interview to 24 hours; the policy of conducting expedited removals to third countries; and the misleading advisals in the "voluntary" return policy.

2. **DECLARES** that the expedited removal regulations established by the Rule, 8 C.F.R. §§ 208.33(b), 1208.33(b), are contrary to law, and arbitrary and capricious.

3. **DECLARES** that the 24-hour policy is contrary to law, and arbitrary and capricious.

4. **DECLARES** that the third-country-removal policy is contrary to law, and arbitrary and capricious.

5. **DECLARES** that the misleading advisals vitiate the voluntariness of a subsequent

withdrawal agreement, are contrary to law, and are arbitrary and capricious.

6. **VACATES** any negative credible fear determinations, withdrawal of admission agreements, and/or expedited removal orders issued to each plaintiff.

7. **ORDERS** Defendants to bring back into the United States any plaintiff who is outside the United States at no expense to the plaintiff, and parole them into the United States for the duration of their removal proceeding so that they may apply for asylum, withholding of removal, and/or protection under the Convention Against Torture.

Dated: _____

_____
Hon. Tanya S. Chutkan
United States District Court Judge