IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| M.A., et al.,<br><br>　　　　　　*Plaintiffs*,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, et al.,<br><br>　　　　　　*Defendants*. | No. 1:23-cv-01843-TSC |

### JOINT MOTION TO HOLD CERTAIN CLAIMS IN ABEYANCE AND CONTINUE THE DEADLINE FOR DEFENDANTS' REPLY BRIEF

Plaintiffs and Defendants, by and through undersigned counsel, hereby move to hold certain additional claims in abeyance and to continue the deadline for Defendants' summary judgment reply brief.

1. Pursuant to the parties' prior stipulation, ECF No. 29, this Court ordered certain claims in this case held in abeyance and set a briefing schedule for the parties' cross-motions for summary judgment, ECF No. 30.

2. The parties hereby respectfully move to make two modifications.

3. First, the parties move to hold in abeyance certain additional claims: those claims on which the plaintiffs prevailed at the district court stage in *East Bay Sanctuary Covenant v. Biden*, ___ F. Supp. 3d ___, 2023 WL 4729278 (N.D. Cal. July 25, 2023) ("*EBSC*").

4. Both *EBSC* and this case involve various challenges to "Circumvention of Lawful Pathways," 88 Fed. Reg. 31,314 (May 16, 2023) (the "Rule"). This case also challenges other alleged policies.

5. The *EBSC* district court vacated the Rule, and the Ninth Circuit stayed that judgment pending the government's appeal. *See* No. 23-16032 (9th Cir.). That appeal is being briefed and argument is scheduled for November 7, 2023.

6. The claims at issue in that appeal correspond to some of the claims in Plaintiffs' Amended Complaint in this case, ECF No. 19: Count Two (alleging a violation of 8 U.S.C. § 1158); Count Four (alleging a violation of 5 U.S.C. § 706(2)(D)); and Count Three insofar as that Count asserts the arbitrary-and-capricious theories adopted by the district court in *EBSC*. *See* Am. Compl. ¶¶ 86-94; *EBSC*, 2023 WL 4729278 at *11-16.

7. The parties move to hold the claims described in paragraph 6 in abeyance in this case. The parties do not move to hold any additional claims or arbitrary-and-capricious theories in abeyance.

8. The parties agree that any party may move to lift the abeyance of the claims addressed in this motion at any time.

9. Second, the parties move to modify the briefing schedule previously entered in this case. Under that schedule, Defendants' final brief is currently due December 1, 2023. ECF No. 30. The parties move that this deadline be continued to December 20, 2023.

Dated: September 28, 2023

Respectfully submitted,

/s/ Cody Wofsy
Cody Wofsy
American Civil Liberties Union,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0785
cwofsy@aclu.org

*Attorney for Plaintiffs*


/s/ Erez Reuveni
EREZ REUVENI
Assistant Director
Office of Immigration Litigation

        U.S. Department of Justice, Civil Division
        P.O. Box 868, Ben Franklin Station
        Washington, DC 20044
        Tel.: (202) 307-4293
        Email: Erez.R.Reuveni@usdoj.gov

        *Attorney for Defendants*