# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| M.A., et al., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) No. 1:23-cv-01843-TSC |
| | ) |
| ALEJANDRO MAYORKAS, Secretary of | ) |
| Homeland Security, in his official capacity, et al., | ) |
| | ) |
| *Defendants.* | ) |
| | ) |
| | ) |

## [PROPOSED] ORDER

Before the Court is the parties' Joint Motion to Hold Certain Claims In Abeyance and Continue the Deadline for Defendants' Reply Brief. The motion is **GRANTED**.

SO ORDERED.

_____
TANYA S. CHUTKAN
U.S. DISTRICT COURT JUDGE