IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604;<br><br>R.S.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604;<br><br>M.P.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604;<br><br>J.P.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604;<br><br>E.B.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604;<br><br>M.N.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604;<br><br>K.R.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604;<br><br>M.R.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604;<br><br>B.H.*<br>c/o National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600 | Civil Action No. 1:23-cv-01843 |

Chicago, IL 60604;

L.A.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

R.V.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

Y.F.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

M.S.*
c/o National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604;

LAS AMERICAS IMMIGRANT
ADVOCACY
CENTER
1500 East Yandell Drive
El Paso, TX 79902;

REFUGEE AND IMMIGRANT CENTER
FOR
EDUCATION AND LEGAL SERVICES
5121 Crestway Drive, Suite105
San Antonio, TX 78239;,

    Plaintiffs,

 v.

ALEJANDRO MAYORKAS, Secretary of the
Department of Homeland Security, in his
official
capacity,
245 Murray Lane, SW
Washington, DC 20528;

U.S. DEPARTMENT OF HOMELAND
SECURITY,

245 Murray Lane, SW
Washington, DC 20528;

UR JADDOU, Director of U.S. Citizenship and
Immigration Services, in her official capacity,
245 Murray Lane, SW
Washington, DC 20528;

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,
5900 Capital Gateway Drive
Camp Springs, MD, 20746;

TROY A. MILLER, Acting Commissioner of U.S.
Customs and Border Protection, in his official capacity,
1300 Pennsylvania Ave, NW
Washington, DC 20229;

U.S. CUSTOMS AND BORDER PROTECTION,
1300 Pennsylvania Ave, NW
Washington, DC 20229;

TAE D. JOHNSON, Acting Director of Immigration
and Customs Enforcement, in his official capacity,
500 12th Street, SW
Washington, DC 20536;

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
500 12th Street, SW
Washington, DC 20536;

MERRICK GARLAND, Attorney General of the
United States, in his official capacity,
950 Pennsylvania Avenue, NW
Washington, DC 20530;

U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Avenue, NW

Washington, DC 20530;

DAVID NEAL, Director of the Executive Office for
Immigration Review, in his official capacity,
5107 Leesburg Pike
Falls Church, VA 22041;

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,
5107 Leesburg Pike
Falls Church, VA 22041;,

Defendants.

## APPEARANCE OF COUNSEL FOR KATHLEEN R. HARTNETT

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: *amicus curiae* National Citizenship and Immigration Services Council 119.

Dated: October 5, 2023

COOLEY LLP

By: /s/ *Kathleen R. Hartnett*
Kathleen R. Hartnett
D.C. Bar No. 483250
(khartnett@cooley.com)

COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile:  +1 415 693 2222

Attorney for *Amicus Curiae*

292086937