AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| M.A., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01843-TXC |
| Alejandro Mayorkas, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Former Immigration Judges & Former Members of the Board of Immigration Appeals.

Date: 10/06/2023

/s/ John R. Jacob
*Attorney's signature*

John R. Jacob, D.C. Bar No. 444412
*Printed name and bar number*

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, D.C. 20006
*Address*

jjacob@akingump.com
*E-mail address*

(202) 887-4000
*Telephone number*

(202) 887-4288
*FAX number*