UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Alejandro Mayorkas, Secretary of the Department of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | Case No. 1:23-cv-01843-TXC |

**UNOPPOSED MOTION OF FORMER IMMIGRATION JUDGES &
FORMER MEMBERS OF THE BOARD OF IMMIGRATION APPEALS
FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

The former immigration judges and former members of the Board of Immigration Appeals listed in Appendix A hereto respectfully move for leave to file an *amicus curiae* brief in support of Plaintiffs' Motion for Summary Judgment (ECF No. 37).

1. As discussed more fully in the brief accompanying this motion, *amici* are former immigration judges and former members of the Board of Immigration Appeals with substantial, combined years of service and intimate knowledge of the U.S. immigration system.

2. Pursuant to the Stipulation and Order entered on August 25, 2023 (ECF No. 30), amicus briefs supporting Plaintiffs may be filed on or before October 6, 2023, "only to the extent that the court has granted the proffering individual or entity permission to file an amicus brief."

3. This Court has allowed *amicus curiae* participation where, among other reasons, the *amicus* "'has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide[,]'" *Cobell v. Norton*, 246 F. Supp. 2d 59, 62

1

(D.D.C. 2003), or seeks "to provide information regarding a significant, unclear legal issue." *Hopi Tribe v. Trump*, No. 17-cv-2590 (TSC), 2019 WL 2494161, at *3 (D.D.C. Mar. 20, 2019).

4. Permitting the former immigration judges and former members of the Board of Immigration Appeals listed in Appendix A to participate as *amici* in this case would be appropriate for both reasons. As discussed more fully in the accompanying *amicus curiae* brief, *amici* have centuries of collective experience impartially administering justice in removal hearings and in conducting immigration court level review for individuals subject to expedited removal who have received a negative credible fear finding. *Amici* are invested in the issues presented by Plaintiffs because they have dedicated their careers to improving the fairness and efficiency of the U.S. immigration system, even after departing from the bench. Therefore, *amici* provide a unique perspective from that of both parties, which they believe will assist the Court in deciding the issues before it. Local Rule 7(o)(2).

5. Drawing on their expertise and experience, *amici* understand the impact of the regulation in question on due process and on access to humanitarian protections obligated under international law. *Amici* seek to illuminate for this Court the role of the immigration courts in reviewing claims for asylum and other forms of human rights protection at the border, particularly with reference to how those claims are processed for noncitizens subject to expedited removal under 8 U.S.C. § 1225, and to provide their views on why the Circumvention of Lawful Pathways Rule, 88 Fed. Reg. 31,314 (May 11, 2023), severely compromises these protections, which are required by U.S. and international law.

6. Counsel for *amici* conferred with counsel for Plaintiffs on October 3, 2023, who consented to the filing of this *amicus curiae* brief.

7. Counsel for *amici* conferred with counsel for the Defendants on October 4, 2023, who consented to the filing of this *amicus curiae* brief, so long as it was consistent with the August 25, 2023, Stipulation and Order Regarding Case Scheduling, ECF No. 30, ¶ 5(f).

Dated:  October 6, 2023                                  Respectfully submitted,

<u>/s/ John R. Jacob</u>
John R. Jacob
D.C. Bar No. 444412
AKIN GUMP STRAUSS HAUER
   & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4000
Fax: (202) 887-4288
Email: jjacob@akingump.com

*Counsel to Amici Former Immigration Judges & Former Members of the Board of Immigration Appeals*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., et al., <br><br>     *Plaintiffs*, <br><br>     v. <br><br> Alejandro Mayorkas, Secretary of the Department of Homeland Security, in his official capacity, et al., <br><br>     *Defendants*. | Case No. 1:23-cv-01843-TXC |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF FORMER IMMIGRATION JUDGES & FORMER MEMBERS OF THE BOARD OF IMMIGRATION APPEALS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

The motion of the former immigration judges and former members of the Board of Immigration Appeals to file an *amicus curiae* brief in support of Plaintiffs' Motion for Summary Judgment is **GRANTED**.

**SO ORDERED.**

_____
Hon. Tanya S. Chutkan
U.S. District Court Judge

4