AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| M.A., et al., *Plaintiff* | ) ) ) | |
| v. | ) | Case No. 1:23-cv-01843-TSC |
| Alejandro Mayorkas, et al. *Defendant* | ) ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

amici curiae: Al Otro Lado, Haitian Bridge Alliance, Human Rights First and Justice Action Center.

Date: 10/06/2023

/s/ Esther H. Sung
*Attorney's signature*

Esther H. Sung (CA00132)
*Printed name and bar number*

Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027
*Address*

esther.sung@justiceactioncenter.org
*E-mail address*

(323) 450-7272
*Telephone number*

(323) 450-7276
*FAX number*