IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity, et al.,<br><br>   Defendants. | Civil Action No. 1:23-cv-01843 |

**UNOPPOSED MOTION OF NATIONAL CITIZENSHIP AND IMMIGRATION SERVICES COUNCIL 119 FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

The National Citizenship and Immigration Services Council 119 ("Council 119") respectfully requests leave to file the accompanying *amicus curiae* brief in support of Plaintiffs' Motion for Summary Judgment (ECF No. 37). The parties consent to the filing of this *amicus curiae* brief.

District courts have "broad discretion" to permit the participation of *amicus curiae*. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Engineers*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). Courts generally grant *amicus* status when "the information offered is 'timely and useful.'" *Ellsworth Assocs., Inc. v. United States*, 917 F. Supp. 841, 846 (D.D.C. 1996) (quoting *Waste Mgmt. of Pa. v. City of York*, 162 F.R.D. 34, 36 (M.D. Pa. 1995)). Courts likewise generally permit an *amicus* filing "when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir. 1997)).

Council 119 is a labor organization that represents over 14,000 bargaining unit employees of U.S. Citizenship and Immigration Services ("USCIS"), a division of the U.S. Department of Homeland Security. Council 119's constituents include approximately 1,400 asylum officers, refugee officers, and adjudications officers who are responsible for, among other things, adjudicating affirmative asylum claims, processing refugees overseas, conducting "credible fear" and "reasonable fear" screenings, researching conditions in refugee-producing countries and regions, and reviewing applications for humanitarian parole. Council 119 also represents several hundred USCIS employees who have been detailed to assist with such operations. Of particular relevance here, Council 119's constituent members and bargaining unit employees employed with or detailed to the Asylum Division are tasked with implementing the final rule entitled "Circumvention of Lawful Pathways" ("the Rule"), 88 Fed. Reg. 31,314 (May 16, 2023) (codified at 8 C.F.R. pt. 208), and certain policy changes to the expedited removal system that were made alongside the Rule's promulgation.

Given its constituents' direct involvement in implementing the Rule and expedited removal policies at issue in this litigation, Council 119 has "relevant expertise and a stated concern for the issues at stake." *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).[1] Council 119's *amicus* brief therefore can provide "unique information" that will assist the Court in the disposition of this litigation. *Cobell*, 246 F. Supp. 2d at 62. Indeed, Council 119 was granted leave to file an amicus brief in other litigation concerning the Rule. *See* Brief of Amicus Curiae Council 119 in Support of Plaintiffs, *East Bay Sanctuary Covenant v. Biden*, No.

---

[1] Council 119's *amicus* brief relies solely upon information that is publicly available, and it does not rely on any information that is confidential, law enforcement sensitive, or classified. It represents only the views of Council 119 on behalf of the bargaining unit and does not represent the views of USCIS or USCIS employees in their official capacities.

4:18-cv-06810-JST (June 7, 2023), ECF No. 174-1; Order Granting Motion to File Amicus Brief (June 23, 2023), ECF No. 180 (concluding that Council 119 will "'fulfill the classic role of amicus curiae by assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration'" (quoting *Miller-Wohl Co., Inc. v. Comm'r of Lab. and Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982))).

Based on the foregoing, Council 119 respectfully requests that the Court grant this Motion and accept the accompanying *amicus curiae* brief.

Dated: October 6, 2023                        Respectfully submitted,

*/s/ Julie Veroff*

Julie Veroff*
Kathleen R. Hartnett
Zoë Helstrom*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Tel: (415) 693-2000
Fax: (415) 693-2222
jveroff@cooley.com
khartnett@cooley.com
zhelstrom@cooley.com

*Counsel for Amicus Curiae*

* Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

Dated:  October 6, 2023

Respectfully submitted,

*/s/ Julie Veroff*

Julie Veroff*
Kathleen R. Hartnett
Zoë Helstrom*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Tel: (415) 693-2000
Fax: (415) 693-2222
jveroff@cooley.com
khartnett@cooley.com
zhelstrom@cooley.com

*Counsel for Amicus Curiae*

 * *Admitted Pro Hac Vice*