IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity, et al.,<br><br>    Defendants. | Civil Action No. 1:23-cv-01843 |

### [PROPOSED] ORDER GRANTING MOTION OF NATIONAL CITIZENSHIP AND IMMIGRATION SERVICES COUNCIL 119 FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Upon this Court's review and full consideration of the Motion of National Citizenship and Immigration Services Council 119 for Leave to File *Amicus Curiae* Brief, it is hereby ORDERED that the Motion is GRANTED, and the attached proposed *amicus curiae* brief shall be docketed.

Dated: _____

                                                            _____
                                                            HONORABLE TANYA S. CHUTKAN
                                                            UNITED STATES DISTRICT JUDGE