# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., et al.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, et al.,<br><br>   *Defendants*. | Civil Action No. 1:23-01843-TSC |

## [PROPOSED] ORDER

On consideration of the Motion of the Office of the United Nations High Commissioner for Refugees for Leave to File a Brief as Amicus Curiae in Support of Plaintiffs, it is hereby ORDERED that the motion is GRANTED.

Date:_____   _____
                           Hon. Tanya Chutkan