AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| M.A., et al. <br> *Plaintiff* <br> v. <br> Alejandro Mayorkas, et al. <br> *Defendant* | ) ) ) ) ) | Case No. 1:23-cv-01843-TSC |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Office of the United Nations High Commissioner for Refugees.

Date: 10/06/2023

/s/ R. Reeves Anderson
*Attorney's signature*

Robert Reeves Anderson (D.C. Bar No. 994989)
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street, Suite 3100
Denver, CO 80202-2848
*Address*

reeves.anderson@arnoldporter.com
*E-mail address*

(303) 863-1000
*Telephone number*

(303) 863-2301
*FAX number*