AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| M.A., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01843-TSC |
| Alejandro Mayorkas, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Office of the United Nations High Commissioner for Refugees.

Date: 10/06/2023

/s/ Kaitlin Konkel
*Attorney's signature*

Kaitlin Konkel (D.C. Bar No. 1021109)
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001
*Address*

kaitlin.konkel@arnoldporter.com
*E-mail address*

(202) 942-5757
*Telephone number*

(202) 942-5999
*FAX number*