# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., et al.,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity, et al.,<br><br>        *Defendants*. | Civil Action No. 1:23-01843-TSC |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ALICE FARMER

Pursuant to Local Civil Rule 83.2(c), I hereby move for the admission *pro hac vice* of Alice Farmer of the Office of the United Nations High Commissioner for Refugees ("UNHCR") as additional counsel for prospective *amicus curiae* UNHCR, and state as follows:

1. I am an active and sponsoring member of the bar of this court. On October 6, 2023, I entered an appearance in this case as counsel for UNHCR.

2. UNHCR submitted a motion for leave to file an amicus brief on October 6, 2023. Ms. Farmer serves as a Legal Officer for UNHCR and seeks to be admitted *pro hac vice* in this action.

3. This motion is accompanied by a declaration by Ms. Farmer that sets forth the information specified in Local Civil Rule 83.2(c)(2), as well as a certificate of good standing issued on October 6, 2023 by the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department.

For the foregoing reasons, I respectfully request that the Court grant this motion. A proposed order is attached.

| | |
|---|---|
| Dated:  October 12, 2023 | Respectfully submitted, |
| | /s/ Kaitlin Konkel |
| | Kaitlin Konkel (D.C. Bar No. 1021109) |
| | Arnold & Porter Kaye Scholer LLP |
| | 601 Massachusetts Avenue NW |
| | Washington, DC 20001 |
| | kaitlin.konkel@arnoldporter.com |
| | (202) 942-5000 |

## CERTIFICATE OF SERVICE

      I hereby certify that, on October 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                                /s/ Kaitlin Konkel
                                                Kaitlin Konkel