# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| M.A., et al. | ) |
|  | ) |
|  | ) |
| *Plaintiffs*, | ) |
|  | ) |
| v. | ) Civil Action No. 1:23-01843-TSC |
|  | ) |
| ALEJANDRO MAYORKAS, Secretary of | ) |
| Homeland Security, in his official capacity, et al., | ) |
|  | ) |
| *Defendants*. | ) |
|  | ) |

## [PROPOSED] ORDER

On consideration of the Motion for Admission *Pro Hac Vice* of Alice Farmer, it is hereby

ORDERED that the motion is GRANTED.


Date:_____          _____

                                        Hon. Tanya Chutkan