# Ex. B

(Declaration of Kenneth Blanchard)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| M.A., et al.,<br><br>　　　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity, et al.,<br><br>　　　　　　　　*Defendants.* | )<br>)<br>)<br>)<br>)<br>)　No. 1:23-cv-01843-TSC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF KENNETH BLANCHARD**

　　　　I, Kenneth Blanchard, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and documents and information made known or available to me from official records and reasonably relied upon in the course of my employment, hereby declare as follows:

　　　　1.　　I am the Deputy Directorate Chief, Strategic Planning and Analysis Directorate (SPAD), U.S. Border Patrol (USBP), U.S. Customs and Border Protection (CBP). I have served in this role since July 15, 2023. Prior to this role, I was Acting Deputy of the USBP Law Enforcement Operations Directorate in 2020 and 2021, and the Deputy Chief Patrol Agent at the Blaine, Washington USBP Sector from July of 2021 until my assignment at SPAD.

　　　　2.　　Within USBP, SPAD is responsible for several Divisions, including Enforcement Systems, Policy and Compliance, Advanced Analytics, Enterprise Requirements, Doctrine, Labor and Settlements, Innovation and Integration, and Performance Reporting and Evaluation. Within SPAD, the Systems Division is responsible for developing and implementing various technological tools to assist in the execution of USBP's mission, and for maintaining and upgrading USBP electronic systems of record. In particular, the Systems Division manages USBP's e3 database. The e3 system is the primary system of records used by USBP to record encounters with individuals encountered between ports of entry, including biographical and biometric information about encountered individuals, relevant immigration processing forms,

1

and the results of records checks, among other information.  Thus, it is possible to search the e3 database for information about particular individuals to research their immigration history.

3.  In July 2023, USBP searched the e3 system for information about individuals I understand to be named plaintiffs named in the above-captioned case.

4.  The records indicate that two of these plaintiffs – J.P. and E.B. – voluntarily withdrew their applications for admission and returned to Mexico, both on June 3, 2023.  These plaintiffs had not previously been permitted to withdraw to Mexico, nor did they have any prior orders of removal.  Additionally, the records reflect that, at the time that these plaintiffs withdrew, they had not previously been encountered or processed by CBP after October 19, 2022.  The records indicated that no other plaintiffs voluntarily withdrew their applications for admission and returned to Mexico.

5.  The records indicate that three of these plaintiffs – R.E., S.U., and D.M. – were removed to Mexico.  The records indicate that no other plaintiffs were removed by USBP.

6.  The records indicate that plaintiff J.P. re-entered the United States on August 10, 2023, at which point he was issued a Notice to Appear.  The records also indicate that plaintiff S.U. re-entered the United States on September 12, 2023, at which point he was processed for expedited removal/ credible fear.  Lastly, the records indicate that plaintiff D.M re-entered the United States on July 27, 2023, at which point he was processed for expedited removal/ credible fear.

7.  Lastly, the records indicate the dates and times when the individual plaintiffs were booked into USBP custody.  For context, an individual is documented as "booked in" when that individual's encounter is recorded into the USBP system of record, e3.  This "book in" takes place when an individual enters a USBP processing facility. The book in dates for the plaintiffs are reflected in the following chart:

| Plaintiff | Book-In Time |
| --- | --- |
| M.A. | 05/14/2023, 8:46 PM |
| R.S. | 05/20/2023, 12:03 AM |
| M.P. | 06/04/2023, 11:34 PM |
| J.P. | 05/12/2023, 8:13 AM |

| | |
|---|---|
| E.B. | 05/23/2023, 1:15 AM |
| M.N. | 05/15/2023, 9:01 PM |
| K.R. | 05/19/2023, 11:21 AM |
| M.R. | 05/27/2023, 2:13 AM |
| B.H. | 05/25/2023, 1:47 AM |
| L.A. | 06/09/2023, 7:46 PM |
| R.V. | 05/25/2023, 7:58 PM |
| Y.F. | 05/25/2023, 8:40 PM |
| M.S. | 05/12/2023, 11:16 PM |
| F.C. | 5/28/2023, 12:11 PM |
| R.E. | 6/10/2023, 7:25 AM |
| S.U. | 06/09/2023, 8:59 AM |
| D.M. | 05/27/2023, 11:35 AM |
| J.S. | 05/15/2023, 1:53 PM |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this __26__th day of October 2023.

_____
Kenneth Blanchard
Deputy Directorate Chief
Strategic Planning and Analysis Directorate
U.S. Border Patrol
U.S. Customs and Border Protection