BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
CHRISTINA P. GREER
*Senior Litigation Counsel*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| M.A., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:23-cv-01843-TSC |
| Alejandro Mayorkas, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' CERTIFIED INDICES OF THE CONTENTS OF THE ADMINISTRATIVE RECORDS**

Pursuant to Local Rule 7(n)(1), Defendants submit the attached certified indexes of the contents of the administrative records in this case. Defendants have produced to Plaintiffs five separate administrative records. Attached are certified indexes for:

1. Customs and Border Protection (CBP) Withdrawal Guidance, CBP_Withdrawals_AR001-342.

2. CBP Third-Country Removal Guidance, CBP_Removals_AR001-344.

3. U.S. Citizenship and Immigration Services (USCIS) Withdrawal Guidance, USCIS_Withdrawals_AR_001-040.

4. USCIS 24-hour Waiting Period for Credible Fear Interview Guidance, USCIS_24-Hour_001-080.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

PATRICK GLEN
CHRISTINA P. GREER
Senior Litigation Counsel

Dated: October 27, 2023          *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

        By: */s/ Erez Reuveni*
            EREZ REUVENI
            Assistant Director
            United States Department of Justice
            Civil Division

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| M.A., *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>Alejandro Mayorkas, *et al*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:23-cv-01843-TSC<br>)<br>)<br>)<br>)<br>) |

**<u>WITHDRAWALS ADMINISTRATIVE RECORD
FROM U.S. CUSTOMS AND BORDER PROTECTION (CBP)</u>**

*M.A.* (CBP Withdrawals)
Certified Administrative Record Index

| | Records | Starting Bates Number |
|---|---|---|
| 1. | Email from U.S. Border Patrol Headquarters, Post T42 Priority Processing and Current Updates (May 11, 2023, 4:43 PM). | CBP_Withdrawals_AR_0 00001 |
| 2. | Email attachment, U.S. Border Patrol Headquarters, Updated Guidance (May 10, 2023). | CBP_Withdrawals_AR_0 00003 |
| 3. | Email from U.S. Border Patrol Headquarters, Reminder Post 42 Processing Pathways (May 11, 2023, 12:45 PM). | CBP_Withdrawals_AR_0 00007 |
| 4. | Email attachment, U.S. Border Patrol Headquarters, Title 42 Processing Pathways signed (Dec. 20, 2022). | CBP_Withdrawals_AR_0 00008 |
| 5. | Email from U.S. Border Patrol Headquarters, T42 of Venezuelans (Oct. 12, 2022, 7:04 PM). | CBP_Withdrawals_AR_0 00029 |
| 6. | Ministry of Foreign Relations, México coordina con EE.UU. Neuvo enfoque para una migración ordenada, segura, regular y humana en la región, Goberino de México (Mex.), Oct. 12, 2022. | CBP_Withdrawals_AR_0 00033 |
| 7. | Email from U.S. Border Patrol Headquarters, Urgent – SWB OPS/ T42 CVNH (Jan. 5, 2023, 12:31 PM). | CBP_Withdrawals_AR_0 00037 |
| 8. | Email from U.S. Border Patrol Headquarters, Privacy booths RFI #3 – Naming convention/spreadsheet RGV LRT DRT (Dec. 21, 2022, 10:49 AM). | CBP_Withdrawals_AR_0 00041 |
| 9. | Spreadsheet from U.S. Border Patrol Headquarters, DRT SSPF Firefly – Booths (Dec. 21, 2022, 10:49 AM). | CBP_Withdrawals_AR_0 00045 |
| 10. | Spreadsheet from U.S. Border Patrol Headquarters, LRT Ops. East Sectors – Privacy Booth Information (Dec. 21, 2022, 10:49 AM). | CBP_Withdrawals_AR_0 00049 |
| 11. | Spreadsheet from U.S. Border Patrol Headquarters, Ops. East Sectors Privacy Booth Information (Dec. 21, 2022, 10:49 AM). | CBP_Withdrawals_AR_0 00052 |
| 12. | Spreadsheet from U.S. Border Patrol Headquarters, Copy of 20220112 CBP-ERO Flow and Resource – ER-CF Efficiencies (Dec. 21, 2022, 10:49 AM). | CBP_Withdrawals_AR_0 00059 |
| 13. | Court Opinion and Order from the *State of Florida v. United States of America, et. al.*, No. 23-11644 (N.D. Fla. Mar 8, 2023). | CBP_Withdrawals_AR_0 00069 |
| 14. | U.S., Dep't of Homeland Sec., U.S. Customs & Border Prot., U.S. Border Patrol Headquarters, *Post T42* | CBP_Withdrawals_AR_0 |

1

| | Book. | | 00178 |
|---|---|---|---|
| 15. | Email from U.S. Border Patrol Chief San Diego Sector, URGENT – Must Read (Aug. 19, 2015, 12:57 PM). | | CBP_Withdrawals_AR_0 00321 |
| 16. | Memorandum from Michael J. Fisher, Chief, U.S., Dep't of Homeland Sec., U.S. Customs & Border Prot., U.S. Border Patrol Headquarters, Phased Implementation of the Lopez-Venegas Settlement Agreement (April 10, 2015). | | CBP_Withdrawals_AR_0 00324 |
| 17. | Memorandum Attachment from Chief Patrol Agent, U.S., Dep't of Homeland Sec., U.S. Customs & Border Prot., U.S. Border Patrol San Diego Sector, Phased Implementation of the Lopez-Venegas Settlement Agreement (May 5, 2015). | | CBP_Withdrawals_AR_0 00327 |
| 18. | Memorandum Attachment from Acting Chief Patrol Agent, U.S. Dep't of Homeland Sec., U.S. Customs & Border Prot., U.S. Border Patrol San Diego Sector, Retention/Maintenance of Signed Documents Related to the Lopez-Venegas Settlement Agreement (Dec 02, 2014). | | CBP_Withdrawals_AR_0 00329 |
| 19. | Memorandum from Chief Patrol Agent, U.S., Dep't of Homeland Sec., U.S. Customs & Border Prot., U.S. Border Patrol San Diego Sector, Mandatory Use of I-826 Supplemental Advisal (Sep 18, 2014). | | CBP_Withdrawals_AR_0 00330 |
| 20. | Email from U.S. Border Patrol Headquarters, Amended I-826 (May 18, 2023, 12:10 PM). | | CBP_Withdrawals_AR_0 00333 |
| 21. | U.S. Dep't of Homeland Sec., U.S. Customs & Border Prot., U.S. Border Patrol, DHS Form I-826 (Mexico) | | CBP_Withdrawals_AR_0 00334 |
| 22. | 8 U.S.C. § 1225. | | CBP_Withdrawals_AR_0 00335 |
| 23. | 8 C.F.R. § 235.4 (2000). | | CBP_Withdrawals_AR_0 00342 |

2

## CERTIFICATION OF ADMINISTRATIVE RECORD

My name is David S. BeMiller. I am the Chief of the Law Enforcement Operations Directorate (LEOD) within U.S. Customs and Border Protection (CBP), U.S. Department of Homeland Security (DHS). I have held this position from October 4, 2022 to present. I was in this position on May 12, 2023, when CBP began permitting certain noncitizens of certain nationalities to voluntarily withdraw their application for admission and return to Mexico.

I certify that, to the best of my personal knowledge, information, and belief, the documents listed in the attached index are contained in the administrative record. I further certify that, to the best of my personal knowledge, information, and belief, the documents listed in the attached index constitute a true, correct, and complete copy of the whole record of non-privileged documents that were before the relevant decisionmaker(s), including all documents and materials considered directly or indirectly, in issuing guidance on the decision to begin permitting certain noncitizens of certain nationalities to voluntarily withdraw their application for admission and return to Mexico.

Executed this 8th day of September, 2023 in Washington, D.C.

David S. BeMiller,
Chief, LEOD
U.S. Customs and Border Protection.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.A., *et al*,

Plaintiffs,

v.                                                Civil Action No. 1:23-cv-01843-TSC

Alejandro Mayorkas, *et al*,

Defendants.

**REMOVALS ADMINISTRATIVE RECORD**
**FROM U.S. CUSTOMS AND BORDER PROTECTION (CBP)**

*M.A.* (CBP Removals)
Certified Administrative Record Index

| | Records | Starting Bates Number |
|---|---|---|
| 1. | Email from U.S. Border Patrol Headquarters, Post T42 Priority Processing and Current Updates (May 11, 2023, 4:43 PM). | CBP_Removals_AR_0000001 |
| 2. | Email attachment, U.S. Border Patrol Headquarters, Updated Guidance (May 10, 2023). | CBP_Removals_AR_0000003 |
| 3. | Email from U.S. Border Patrol Headquarters, Reminder Post 42 Processing Pathways (May 11, 2023, 12:45 PM). | CBP_Removals_AR_0000007 |
| 4. | Email attachment, U.S. Border Patrol Headquarters, Title 42 Processing Pathways signed (Dec. 12, 2022). | CBP_Removals_AR_0000008 |
| 5. | Email from U.S. Border Patrol Headquarters, T42 of Venezuelans (Oct. 12, 2022, 7:04 PM). | CBP_Removals_AR_0000029 |
| 6. | Ministry of Foreign Relations, México coordina con EE.UU. Nuevo enfoque para una migración ordenada, segura, regular y humana en la región, Goberino de México (Mex.), Oct. 12, 2022. | CBP_Removals_AR_0000033 |
| 7. | Email from U.S. Border Patrol Headquarters, Urgent – SWB OPS/ T42 CVNH (Jan. 5, 2023, 12:31 PM). | CBP_Removals_AR_0000037 |
| 8. | U.S. Dep't of Homeland Sec., U.S. Customs & Border Prot., U.S. Border Patrol Headquarters, Venezuela Parole Process. | CBP_Removals_AR_0000038 |
| 9. | Email from U.S. Border Patrol Headquarters, Privacy booths RFI #3 – Naming convention/spreadsheet RGV LRT DRT (Dec. 21, 2022, 10:49 AM). | CBP_Removals_AR_0000041 |
| 10. | Spreadsheet from U.S. Border Patrol Headquarters, DRT SSPF Firefly – Booths (Dec. 21, 2022, 10:49 AM). | CBP_Removals_AR_0000045 |
| 11. | Spreadsheet from U.S. Border Patrol Headquarters, LRT Ops. East Sectors – Privacy Booth Information (Dec. 21, 2022, 10:49 AM). | CBP_Removals_AR_0000049 |
| 12. | Spreadsheet from U.S. Border Patrol Headquarters, Ops. East Sectors Privacy Booth Information (Dec. 21, 2022, 10:49 AM). | CBP_Removals_AR_0000053 |
| 13. | Spreadsheet from U.S. Border Patrol Headquarters, Copy of 20220112 CBP-ERO Flow and Resource – ER- | CBP_Removals_AR_ |

1

| | | |
|---|---|---|
| | CF Efficiencies (Dec. 21, 2022, 10:49 AM). | 000059 |
| 14. | Court opinion and Order from the *State of Florida v. United States of America, et. al.*, No. 23-11644 (N.D. Fla. Mar 8, 2023). | CBP_Removals_AR_000069 |
| 15. | U.S., Dep't of Homeland Sec., U.S. Customs & Border Prot., U.S. Border Patrol Headquarters, *Post T42 Book*. | CBP_Removals_AR_000178 |
| 16. | Memorandum from Blas Nunez-Neto, Assistant Sec'y for Border and Immigration Office of Strategy, Policy, and Plans, Process for Determining Country of Removal for Nationals of Cuba, Haiti, Nicaragua, and Venezuela (May 10, 2023). | CBP_Removals_AR_000321 |
| 17. | 8 U.S.C. § 1231. | CBP_Removals_AR_000326 |
| 18. | 8 C.F.R. § 241.15 (2005). | CBP_Removals_AR_000343 |

2

# CERTIFICATION OF ADMINISTRATIVE RECORD

My name is David S. BeMiller. I am the Chief of the Law Enforcement Operations Directorate (LEOD) within U.S. Customs and Border Protection (CBP), U.S. Department of Homeland Security (DHS). I have held this position from October 4, 2022 to present. I was in this position on May 12, 2023, when CBP began designating Mexico as a country of removal for certain non-Mexican nationals.

I certify that, to the best of my personal knowledge, information, and belief, the documents listed in the attached index are contained in the administrative record. I further certify that, to the best of my personal knowledge, information, and belief, the documents listed in the attached index constitute a true, correct, and complete copy of the whole record of non-privileged documents that were before the relevant decisionmaker(s), including all documents and materials considered directly or indirectly, in issuing guidance on the decision to begin designating Mexico as a country of removal for certain non-Mexican nationals.

Executed this 8th day of September, 2023 in Washington, D.C.

David S. BeMiller,
Chief, LEOD
U.S. Customs and Border Protection.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> Alejandro Mayorkas, *et al*, <br><br> Defendants. | Civil Action No. 1:23-cv-01843-TSC |

## **VOLUNTARY WITHDRAWAL OF APPLICATION FOR ADMISSION ADMINISTRATIVE RECORD FROM USCIS**

**Voluntary Withdrawal of Application of Admission:**
**USCIS Administrative Record Index**

| | Records | Starting Bates Number |
|---|---|---|
| 1. | U.S. Citizenship and Immigration Services, *Guidance for Asylum Staff on the Circumvention of Lawful Pathways (CLP) Rule and Procedures for Certain Noncitizens in Border Patrol Custody in the Credible Fear Screening Process*, May 12, 2023 (on file with agency). | USCIS_Withdrawals_AR_000001 |
| 2. | 8 U.S.C. § 1103 | USCIS_Withdrawals_AR_000009 |
| 3. | 8 U.S.C. § 1225 | USCIS_Withdrawals_AR_000031 |
| 4. | 8 C.F.R. § 235.4 | USCIS_Withdrawals_AR_000038 |
| 5. | U.S. Dep't of Homeland Sec., *Delegation To Director Of U.S. Citizenship And Immigration Services To Permit Withdrawal Of Applications For Admission*, Delegation No. 15005 (Dec.15, 2022) (on file with agency). | USCIS_Withdrawals_AR_000039 |

1

## CERTIFICATION OF ADMINISTRATIVE RECORD

My name is John L. Lafferty. I am the Chief of the Asylum Division within U.S. Citizenship and Immigration Services (USCIS), U.S. Department of Homeland Security (DHS). I have held this position in the Asylum Division since from June 30, 2013 until September 9, 2019 and again from November 6, 2022 to present. I was in this position on May 12, 2023, when USCIS implemented the voluntary withdrawal of applications for admission for certain nationalities.

I certify that, to the best of my personal knowledge, information, and belief, the documents listed in the attached index are contained in the administrative record. I further certify that, to the best of my personal knowledge, information, and belief, the documents listed in the attached index constitute a true, correct, and complete copy of the whole record of non-privileged documents that were before the relevant decisionmaker(s), including all documents and materials considered directly or indirectly, in issuing guidance on the voluntary withdrawal of applications for admission for certain nationalities.

Executed this 9th day of September, 2023 in Camp Springs, MD.

JOHN L LAFFERTY
Digitally signed by JOHN L LAFFERTY
Date: 2023.09.08 16:36:21 -04'00'

_____
John L. Lafferty,
Chief, Asylum Division
U.S. Citizenship and Immigration Services.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>Alejandro Mayorkas, *et al*,<br><br>Defendants. | Civil Action No. 1:23-cv-01843-TSC |

**24-HOUR WAITING PERIOD FOR CREDIBLE FEAR INTERVIEWS**
**ADMINISTRATIVE RECORD**
**FROM USCIS**

**24-hour Waiting Period For Credible Fear Interviews:**
**USCIS Certified Administrative Record Index**

| | Records | Starting Bates Number |
|---|---|---|
| 1. | Memorandum from John L. Lafferty, Asylum Div. Chief, U.S. Citizenship and Immigration Servs., through Ted H. Kim, Associate Dir., Refugee, Asylum and Int'l Operations Directorate, U.S. Citizenship and Immigration Servs., to Andrew Davidson, Acting Deputy Dir., U.S. Citizenship and Immigration Servs., *Scheduling of Credible Fear Interviews* (May 10, 2023) (on file with agency). | USCIS_24-Hour_AR_000001 |
| 2. | 8 U.S.C. § 1225 | USCIS_24-Hour_AR_000004 |
| 3. | 8 C.F.R. § 208.30 | USCIS_24-Hour_AR_000011 |
| 4. | 8 C.F.R. § 235.3 | USCIS_24-Hour_AR_000021 |
| 5. | Email from John L. Lafferty, Asylum Div. Chief, U.S. Citizenship and Immigration Servs., *Updated Guidance on Consultation Period and Reschedules - CFPM III.D.1.a. and III.E.4.b.* (May 10, 2023, 3:28 PM PST) (on file with agency). | USCIS_24-Hour_AR_000026 |
| 6. | Email from John L. Lafferty, Asylum Div. Chief, U.S. Citizenship and Immigration Servs., *Preparation Strategies for Return to Title 8 Processing* (May 10, 2023, 2:47 PM PST) (on file with agency). | USCIS_24-Hour_AR_000027 |
| 7. | Email from John L. Lafferty, Asylum Div. Chief, U.S. Citizenship and Immigration Servs. *Immediate Implementation: Timing of the CF interview after arrival at a detention facility + Handling of requests to reschedule CF interviews*, (July 8, 2019, 6:37 EDT) (on file with agency) | USCIS_24-Hour_AR_000029 |
| 8. | *L.M.-M. v. Cuccinelli*, 442 F. Supp. 3d 1(D.D.C. 2020). | USCIS_24-Hour_AR_000031 |
| 9. | Memorandum from Ken Cuccinelli II, Dir., U.S. Citizenship and Immigration Servs., to the Acting Sec'y of the U.S. Dep't of Homeland Sec., *Reduction of the Credible Fear Consultation Period* (July 2, 2019) (on file with agency). | USCIS_24-Hour_AR_000055 |
| 10. | U.S. Citizenship and Immigration Servs, *Credible Fear Procedures Manual*, § III.D, 7-8 (last updated Apr. 6, 2023) (on file with agency). | USCIS_24-Hour_AR_000057 |
| 11. | U.S. Citizenship and Immigration Servs, *Updated Credible Fear Procedures Manual*, § III.D.1, III.E.4 (last updated May 10, 2023) (on file with agency). | USCIS_24-Hour_AR_000059 |
| 12. | U.S. Citizenship and Immigration Servs., Form M-444, *Information About Credible Fear Interview* (last updated May 31, 2022) (on file with agency). | USCIS_24-Hour_AR_000061 |
| 13. | U.S. Citizenship and Immigration Servs, Form M-444, *Information About Credible Fear Interview* (last updated May 10, 2023) (on file with agency). | USCIS_24-Hour_AR_000065 |
| 14. | U.S. Citizenship and Immigration Servs, *Waiver of the Consultation Period: Declaration of Noncitizen* (last updated May 10, 2023) (on file with agency). | USCIS_24-Hour_AR_000069 |

| | | |
|---|---|---|
| 15. | U.S. Dep't of Homeland Sec., *Fact Sheet: U.S. Government Announces Sweeping New Actions to Manage Regional Migration* (Apr. 27, 2023) https://www.dhs.gov/news/2023/04/27/fact-sheet-us-government-announces-sweeping-new-actions-manage-regional-migration. | USCIS_24-Hour_AR_000070 |
| 16. | U.S. Dep't of Homeland Sec., *Secretary Mayorkas and Secretary of State Blinken Remarks at a Press Conference on New Regional Migration Management Measures* (Apr. 28, 2023) https://www.dhs.gov/news/2023/04/28/secretary-mayorkas-and-secretary-state-blinken-remarks-press-conference-april-17. | USCIS_24-Hour_AR_000074 |

2

## CERTIFICATION OF ADMINISTRATIVE RECORD

My name is John L. Lafferty. I am the Chief of the Asylum Division within U.S. Citizenship and Immigration Services (USCIS), U.S. Department of Homeland Security (DHS). I have held this position in the Asylum Division since from June 30, 2013 until September 9, 2019 and again from November 6, 2022 to present. I was in this position on May 10, 2023, when USCIS implemented a 24-hour minimum period between the acknowledgment made on a Form M-444, Information about Credible Fear Interview, and a credible fear interview.

I certify that, to the best of my personal knowledge, information, and belief, the documents listed in the attached index are contained in the administrative record. I further certify that, to the best of my personal knowledge, information, and belief, the documents listed in the attached index constitute a true, correct, and complete copy of the whole record of non-privileged documents that were before the relevant decisionmaker(s), including all documents and materials considered directly or indirectly, in issuing guidance on a 24-minimum period between the acknowledgment made on a Form M-444, Information about Credible Fear Interview, and a credible fear interview.

Executed this 9th day of September, 2023 in Camp Springs, MD.

JOHN L LAFFERTY
Digitally signed by JOHN L LAFFERTY
Date: 2023.09.08 16:37:37 -04'00'

John L. Lafferty,
Chief, Asylum Division
U.S. Citizenship and Immigration Services.