UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:23-cv-01843-TSC |
| Alejandro Mayorkas, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

Before the Court are the parties' cross-motions Defendants motion for summary judgment. Having considered the motions, the memoranda in support, the administrative record, and other materials in support, the court **GRANTS** Defendants' motion and **DENIES** Plaintiffs' motion.

Dated: _____                                   _____
                                                 Hon. Tanya S. Chutkan
                                                 United States District Court Judge