UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 1:23-cv-01843-TSC |
| Alejandro Mayorkas, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS MOTION STRIKE**

Before the Court is Defendants' response to Plaintiffs' Statement of Undisputed Material Facts and motion to strike extra-record evidence relied on by Plaintiffs in arguing the merits of their Administrative Procedure Act claims in this case. Having reviewed the response and motion, any opposition by Plaintiffs, and any reply by Defendants, the court **GRANTS** Defendants' motion.

Dated: _____

_____
Hon. Tanya S. Chutkan
United States District Court Judge