## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-01843-TSC |

## **[PROPOSED] ORDER**

Upon consideration of the parties' joint stipulation, it is hereby ORDERED that this case is stayed. The parties shall submit a joint status report within 60 days of the date of this order. SO ORDERED.

Dated: _____          _____

                                                                       Hon. Tanya S. Chutkan <br>
                                                                       United States District Judge