AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| M.A., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-01843-TSC |
| Alejandro Mayorkas, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervenor - Defendant State of Alabama.

Date: 03/21/2024

/s/ Edmund G. LaCour Jr.
*Attorney's signature*

Edmund G. LaCour Jr./AL Bar No. ASB-9182-U81L
*Printed name and bar number*
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130

*Address*

Edmund.LaCour@AlabamaAG.gov
*E-mail address*

(334) 353-2196
*Telephone number*

(334) 353-8400
*FAX number*