IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **M.A.,** *et al.* <br>    **Plaintiffs,** <br> **v.** <br><br> **Alejandro Mayorkas,** *et al.* <br><br>    **Defendants,** <br><br> **v.** <br><br> **Kansas,** *et al.* <br><br>    **Proposed Intervenor-** <br>    **Defendants.** | **Case No. 1:23-cv-01843-TSC** |

<u>**PROPOSED INTERVENOR-DEFENDANTS'**</u>
<u>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY**</u>

## **MOTION**

Proposed Intervenor-Defendants (the "States") respectfully request an additional seven days in which to file a reply memorandum responding to Plaintiffs' and Defendants' memoranda in opposition to the States' Motion to Intervene. The States offer the following in support of the Motion:

1. On March 7, 2024, the States of Kansas, Alabama, Georgia, Louisiana, and West Virginia filed a motion to intervene in this case. *See* DE67.

2. On March 21, 2024, Plaintiffs and Defendants separately filed responses in opposition to the motion to intervene. *See* DE 78; DE 80.

3. The default deadline for a reply memorandum is seven days after service of the memorandum in opposition. *See* Local Rule 7. The States seek an additional seven days in which to reply on the grounds that this is the States' first request for an extension, the States need additional time to coordinate and prepare their replies to two separate memoranda in opposition, and Plaintiffs and Defendants do not oppose a seven-day extension of the time.

WHEREFORE, the States respectfully request that the Court grant them an additional seven days up to and including April 4, 2024, in which to reply to the briefs opposing intervention.

                Respectfully submitted,

                Steve Marshall
                Attorney General of Alabama

                <u>/s/ Edmund G. LaCour Jr.</u>
                Edmund G. LaCour Jr.
                *Solicitor General*
                State of Alabama
                501 Washington Avenue
                P.O. Box 300152
                Montgomery, AL 36130-0152
                (334) 242-7300
                Edmund.LaCour@AlabamaAG.gov

DATED: March 22, 2024                 *Counsel for Proposed Intervenor-Defendants*

## LOCAL RULE 7(m) STATEMENT

I hereby certify that the undersigned conferred with counsel for Plaintiffs and counsel for Defendants in accordance with Local Rule 7(m). No party opposed the motion.

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
Solicitor General
State of Alabama

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, I electronically filed the foregoing document with the U.S. District Court for the District of Columbia using the CM/ECF system, which will serve counsel for all parties.

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
Solicitor General
State of Alabama
