# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **M.A.,** *et al.* <br>            **Plaintiffs,** <br> **v.** <br> **Alejandro Mayorkas,** *et al.* <br>            **Defendants,** <br> **v.** <br> **Kansas,** *et al.* <br>            **Proposed Intervenor-Defendants.** | Case No. 1:23-cv-01843-TSC |

## [PROPOSED] ORDER GRANTING PROPOSED INTERVENOR-DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY

Before the Court is Proposed Intervenor-Defendants' Unopposed Motion for Extension of Time to Reply. Having reviewed the motion, the Court **GRANTS** the requested extension of the time in which to reply to the memoranda of points and authorities in opposition to intervention. The new deadline to reply is **April 4, 2024**.

DATED: _____                                            _____ <br>
                                                                                                                 Hon. Tanya S. Chutkan <br>
                                                                                                                 United States District Court Judge