UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A. *et al*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS,<br>Secretary of the Department of Homeland Security, in his official capacity<br><br>   *Defendants*. | Case No. 1:23-cv-1843-TSC |

## [PROPOSED] ORDER

The Motion of the States of Montana, Florida, Alaska, Arkansas, Idaho, Indiana, Iowa, Kentucky, Mississippi, Missouri, Nebraska, New Hampshire, North Dakota, Ohio, South Carolina, South Dakota, Tennessee, Texas, Utah, and Virginia ("Amici States") for leave to file a brief as *amicus curiae* is GRANTED.  Amici States' proposed brief is FILED.

SO ORDERED.

_____
DISTRICT JUDGE TANYA S. CHUTKAN