## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al.*,<br><br>Plaintiffs,<br><br> v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Defendants. | Civil Action No. 1:23-cv-01843-TSC |

**JOINT STATUS REPORT**

## STIPULATION

On February 5, 2024, the parties requested that the Court hold this case in abeyance, explaining that counsel "were engaged in discussions regarding implementation of the challenged Rule and related policies and whether a settlement could eliminate the need for further litigation." Stipulation dated Feb. 5, 2024, ECF 66.  The next day, this Court stayed the case until further order of the Court and ordered the parties to "file a Joint Status Report by April 8, 2024, and every 60 days thereafter, updating the Court as to the status of the parties' efforts and any intervening circumstances that may impact this litigation."  Minute Order dated Feb. 6, 2024.

The parties hereby inform the Court that they remain in discussions regarding implementation of the challenged Rule and related policies and whether a settlement could eliminate the need for further litigation.  The discussions remain ongoing and, and the parties agree that the proceedings should remain stayed to facilitate continued discussions.  The parties will update the Court as to the status of the parties' efforts and any intervening circumstances that may impact this litigation within 60 days—no later than June 7, 2024.  This agreement is without prejudice to either side requesting, prior to the filing of the 60-day status report, to have the case recalendared.

Respectfully submitted,

By:  /s/ *Cody Wofsy*
Cody Wofsy
American Civil Liberties Union
Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94104
415-343-0785
cwofsy@aclu.org

*Counsel for Plaintiffs*

By:  /s/ *Christina P. Greer*
CHRISTINA P. GREER
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel. (202) 598-8770
Christina.P.Greer@usdoj.gov

*Counsel for Defendants*

Dated: April 8, 2024