BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ R. REUVENI
*Counsel*
CHRISTINA P. GREER
*Senior Litigation Counsel*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8770
Email: Christina.P.Greer@usdoj.gov
PATRICK GLEN
KATHERINE J. SHINNERS
*Senior Litigation Counsel*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| M.A., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:23-cv-01843-TSC |
| Alejandro Mayorkas, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**NOTICE**

**NOTICE**

Defendants respectfully notify the Court that on May 22, 2024, the U.S. Court of Appeals for the Ninth Circuit issued a decision (with a dissent) denying a motion to intervene filed by a group of States in *East Bay Sanctuary Covenant v. Biden*. *See East Bay Sanctuary Covenant v. Biden*, No. 23-16032, 2024 WL 2309476 (9th Cir. May 22, 2024) (Slip Opinion attached). This decision is relevant because the same group of States filed a motion to intervene in this case, which involves the same rule, on substantially similar grounds. *See* Dkt. 17.

Notably, the Ninth Circuit concluded that the States lack a "significant protectable interest" for purposes of both mandatory and permissive intervention, finding that "[t]he States' asserted interests are insufficient to support intervention in this appeal for purposes of exerting influence on settlement negotiations." Op. 10. The court concluded that "the States do not have a significant protectible interest in maintaining the Rule or in reducing immigration into the United States" because they "have no legally protectible interest in compelling enforcement of federal immigration policies." Op. 10 (citing *United States v. Texas*, 599 U.S. 670, 677–80, 680 n.3 (2023)). The court further concluded that "the States do not have a significant protectable interest in minimizing their expenditures and preserving their population-based political representation" because "[e]ven if disposition of this appeal might affect state expenditures and political representation, such incidental effects are not at issue in the litigation and are, in any event, attenuated and speculative." Op. 10–11. The court's holdings support the Defendants' arguments that the States do not have a significant protectable interest at stake in the litigation here. *See* Dkt. 80 at 10–12.

//

//

2

Dated: May 29, 2024            Respectfully submitted,

                                      By:   */s/ Christina P. Greer*
                                             CHRISTINA P. GREER
                                             Senior Litigation Counsel
                                             Office of Immigration Litigation
                                             U.S. Department of Justice, Civil Division
                                             450 5th Street NW
                                             Washington, DC 20530
                                             Tel. (202) 598-8770
                                             Christina.P.Greer@usdoj.gov

                                             *Counsel for Defendants*