UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al.*,<br><br>Plaintiffs,<br><br> v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Defendants. | Civil Action No. 1:23-cv-01843-TSC |

**JOINT STATUS REPORT**

**REPORT**

On February 5, 2024, the parties requested that the Court hold this case in abeyance, explaining that counsel "were engaged in discussions regarding implementation of the challenged Rule and related policies and whether a settlement could eliminate the need for further litigation." Stipulation dated Feb. 5, 2024, ECF 66. The next day, this Court stayed the case until further order of the Court and ordered the parties to "file a Joint Status Report by April 8, 2024, and every 60 days thereafter, updating the Court as to the status of the parties' efforts and any intervening circumstances that may impact this litigation." Minute Order dated Feb. 6, 2024. On April 8, 2024, the parties submitted a joint status report informing the Court that they remain in discussions and stating that they would update the Court on the status of those efforts no later than June 7, 2024. The parties submitted a second status report on June 7, likewise informing the Court that the they remain in discussions and that they would update the court on the status of those efforts no later than August 6, 2024.

The parties hereby inform the Court that they remain in discussions regarding implementation of the challenged Rule and related policies and whether a settlement could eliminate the need for further litigation. The discussions remain ongoing and the parties agree that the proceedings should remain stayed to facilitate continued discussions. The parties will update the Court as to the status of the parties' efforts and any intervening circumstances that may impact this litigation within 60 days—no later than October 7, 2024.[*] This agreement is without prejudice to either side requesting, prior to the filing of the 60-day status report, to have the case recalendared.

//

---

[*] 60 days technically runs to Saturday, October 5, 2024.

Respectfully submitted,

| | | | |
|---|---|---|---|
| By: | */s/ Cody Wofsy*<br>Cody Wofsy<br>American Civil Liberties Union<br>Immigrants' Rights Project<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>415-343-0785<br>cwofsy@aclu.org<br><br>*Counsel for Plaintiffs* | By: | */s/ Erez Reuveni*<br>EREZ REUVENI<br>Senior Counsel<br>U.S. Department of Justice, Civil Division<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>Tel. (202) 514-3180<br>Erez.R.Reuveni@usdoj.gov<br><br>*Counsel for Defendants* |

Dated: August 6, 2024