AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| M.A., et al. *Plaintiff* <br> v. <br> ALEJANDRO MAYORKAS, et al. *Defendant* | Case No. 1:23-cv-01843 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs M.A. et al.

Date: 11/14/2024

/s/ Lee Gelernt
*Attorney's signature*

Lee Gelernt (D.D.C. Bar No. NY0408)
*Printed name and bar number*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
*Address*

lgelernt@aclu.org
*E-mail address*

(212) 549-2616
*Telephone number*

*FAX number*