UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al.*,<br><br>Plaintiffs,<br><br> v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Defendants. | Civil Action No. 1:23-cv-01843-TSC |

**NOTICE**

**REPORT**

On February 5, 2024, the parties requested that the Court hold this case in abeyance, explaining that counsel "were engaged in discussions regarding implementation of the challenged Rule and related policies and whether a settlement could eliminate the need for further litigation." Stipulation dated Feb. 5, 2024, ECF 66.  The next day, this Court stayed the case until further order of the Court and ordered the parties to "file a Joint Status Report by April 8, 2024, and every 60 days thereafter, updating the Court as to the status of the parties' efforts and any intervening circumstances that may impact this litigation."  Minute Order dated Feb. 6, 2024.  On April 8, 2024, June 7, 2024, August 6, 2024, October 7, 2024, and December 6, 2024, the parties submitted joint status reports informing the Court that they remain in discussions.

The parties have concluded their settlement discussions and are now discussing the next steps for this litigation, including the need for supplemental briefing.  The parties will submit a joint status report and proposed order to the Court no later than March 6, 2025, setting forth the parties' proposal for the next steps in the litigation.

Respectfully submitted,

| By: | */s/ Cody Wofsy* | By: | */s/ Christina P. Greer* |
|---|---|---|---|
| | Cody Wofsy | | CHRISTINA P. GREER |
| | American Civil Liberties Union | | Senior Litigation Counsel |
| | Immigrants' Rights Project | | U.S. Department of Justice, Civil Division |
| | 425 California Street, 7th Floor | | P.O. Box 878, Ben Franklin Station |
| | San Francisco, CA 94104 | | Washington, DC 20044 |
| | 415-343-0785 | | Tel. (202) 598-8770 |
| | cwofsy@aclu.org | | Christina.P.Greer@usdoj.gov |
| | *Counsel for Plaintiffs* | | *Counsel for Defendants* |

Dated: February 4, 2025