# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Defendants. | Civil Action No. 1:23-cv-01843-TSC |

## JOINT STATUS REPORT

On February 6, 2024, the Court stayed this case until further order of the Court in light of settlement discussions between the parties. Minute Order dated Feb. 6, 2024. In a series of joint status reports and at a status conference on November 21, 2024, the parties notified the Court that those settlement discussions were ongoing.

On February 4, 2025, the parties submitted a joint status report stating that they had concluded their settlement discussions and were "discussing the next steps for this litigation, including the need for supplemental briefing." ECF 91. The parties also stated that they would submit a further joint status report no later than March 6, 2025.

The parties are still assessing appropriate next steps in this litigation, including whether any recent policy changes have any impact on this case. The parties therefore respectfully propose that they file a further joint status report to the Court no later than April 9, 2025.

Respectfully submitted,

| | | | |
|---|---|---|---|
| By: | */s/ Morgan Russell*<br>Morgan Russell<br>American Civil Liberties Union<br>Immigrants' Rights Project<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>415-343-0770<br>mrussell@aclu.org | By: | /s/ *Christina P. Greer*<br>CHRISTINA P. GREER<br>Senior Litigation Counsel<br>U.S. Department of Justice, Civil Division<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>Tel. (202) 598-8770<br>Christina.P.Greer@usdoj.gov |
| | *Counsel for Plaintiffs* | | *Counsel for Defendants* |

Dated: March 6, 2025