IN THE UNITED STATES DISTRICT COURT
FOR THE District of Columbia

| | |
|---|---|
| M.A., et al., | ) |
|     *Plaintiffs*, | ) |
| v. | ) |
| Mayorkas, et al., | ) Case No. 1:23-cv-01843-TSC |
|     *Defendants*. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Anthony J. Powell, Solicitor General, respectfully notifies the Court and parties of the withdrawal of Abhishek S. Kambli, Deputy Attorney General, and Erin B. Gaide, Assistant Attorney General, as counsel of record for the Proposed-Intervenor State of Kansas.

Mr. Powell further notifies the Court and parties of his entry of appearance. He is admitted or otherwise authorized to practice in this Court. Together with James Rodriguez, he will represent the State of Kansas in this matter.

Respectfully submitted,

**KRIS W. KOBACH**
**Attorney General of Kansas**

/s/      *Anthony J. Powell*
Anthony J. Powell, Kan. S.C. No. 14981
Solicitor General
James Rodriguez Kan. S.C. No. 29172
Assistant Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Phone: (785) 296-2215
Fax: (785) 291-3767
Email: anthony.powell@ag.ks.gov
jay.rodriguez@ag.ks.gov

/s/ *Abhishek S. Kambli*
Abhishek S. Kambli

/s/ *Erin B. Gaide*
Erin B. Gaide

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2025, I presented the foregoing Notice of Substitution of Counsel to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to registered CM/ECF users.

/s/   *Anthony J. Powell*
Anthony J. Powell