# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., et al., | ) |
|     Plaintiffs, | ) |
| v. | ) Case No. 1:23-cv-01843-TSC |
| Mayorkas, et al., | ) |
|     Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 83.6(b), the State of Georgia respectfully notifies the Court and parties of the withdrawal of Justin T. Golart, Deputy Solicitor General, as counsel of record for proposed-intervenor State of Georgia.

The State of Georgia remains represented by Elijah J. O'Kelley, Deputy Solicitor General. Mr. O'Kelley's contact information is as follows:

Elijah J. O'Kelley<br>
Deputy Solicitor General<br>
Office of the Attorney General<br>
40 Capitol Square, S.W.<br>
Atlanta, Georgia 30334-1300<br>
Tel. (470) 816-1342<br>
eokelley@law.ga.gov

<i>/s/ Justin T. Golart</i><br>
Justin T. Golart<br>
Deputy Solicitor General<br>
Office of the Attorney General<br>
40 Capitol Square S.W.<br>
Atlanta, Georgia 30334-1300<br>
Tel. (404) 458–3252<br>
jgolart@law.ga.gov

The State of Georgia consents to Mr. Golart's withdrawal.

/s/ *Stephen J. Petrany*
Stephen J. Petrany
Solicitor General
Office of the Attorney General
40 Capitol Square S.W.
Atlanta, Georgia 30334-1300
Tel. (404) 458–3408
spetrany@law.ga.gov

## CERTFICATE OF SERVICE

    I hereby certify that on April 2, 2025, I served this notice by electronically filing it with this Court's ECF system, which constitutes service on all attorneys who have appeared in this case and are registered to use the ECF system.

/s/ *Justin T. Golart*
Justin T. Golart