IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| M.A., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MAYORKAS, *et al.*, <br><br> *Defendants*. | Case No: 1:23-cv-01843-TSC |

**<u>NOTICE OF WITHDRAWAL OF KATRINA EILAND AS COUNSEL FOR PLAINTIFFS</u>**

PLEASE TAKE NOTICE THAT Katrina Eiland is no longer associated with the American Civil Liberties Union Foundation Immigrants' Rights Project and is no longer counsel for Plaintiffs in this case.

Please remove the following from your service list:

> Katrina Eiland
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION
> IMMIGRANTS' RIGHTS PROJECT
> 425 California Street, 7th Floor
> San Francisco, CA 94104
> (415) 343-0782
> keiland@aclu.org

The remaining counsel associated with American Civil Liberties Union Foundation Immigrants' Rights Project and their co-counsel listed in the signature block of this document remain as counsel of record for Plaintiffs.

Dated: May 21, 2025                                                     Respectfully submitted,

                                                                                           */s/ Katrina Eiland*
                                                                                           Katrina Eiland

Keren Zwick (D.D.C. Bar No. IL0055)
Mark Feldman**
Mary Georgevich**
National Immigrant Justice Center
224 S. Michigan Avenue, Suite 600
Chicago, IL 60604
(312) 660-1370

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street, NW, Suite 722
Washington, DC 20045
(202) 457-0800

Anne Dutton**
Melissa Crow
Center for Gender & Refugee Studies
200 McAllister Street
San Francisco, CA 94102
(415) 565-4877

Cody H. Wofsy
Morgan Russell**
My Khanh Ngo**
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94104
(415) 343-0770

Omar Jadwat**
Lee Gelernt**
Judy Rabinovitz**
Noor Zafar**
Sidra Mahfooz**
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660

*Attorneys for Plaintiffs*

\* *Admitted Pro Hac Vice*
\*\* *Admitted Pro Bono*

## CERTIFICATE OF SERVICE

I certify that on May 21 ,2025, I electronically filed the foregoing Notice of Withdrawal of Katrina Eiland as Counsel for Plaintiffs by using the Court's CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

Dated: May 21, 2025                                          By: _/s/ Katrina Eiland_
                                                                  Katrina Eiland