## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| M.A., et al.,<br><br>       *Plaintiffs*,<br><br>v.<br><br>MAYORKAS, et al.,<br><br>       *Defendants*. | Case No. 1:23-cv-01843-TSC |

### NOTICE OF WITHDRAWAL OF COUNSEL

Undersigned counsel, Kaitlin Konkel, hereby withdraws her appearance as counsel for proposed amicus the Office of the United Nations High Commissioner for Refugees ("UNHCR") in the above-captioned case. Ms. Konkel is leaving her employment at Arnold & Porter as of May 26, 2025 and will no longer be associated with this case. UNHCR remains represented by other counsel of record at Arnold & Porter.

Dated: May 26, 2025

Respectfully submitted,

/s/ Kaitlin Konkel
Kaitlin Konkel (D.C. Bar No. 1021109)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 942-5000
(202) 942-5999 (fax)
kaitlin.konkel@arnoldporter.com

*Counsel for UNHCR*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all counsel of record.

/s/ Kaitlin Konkel
Kaitlin Konkel
