UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:23-cv-01843 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

　　Undersigned counsel is withdrawing her appearance on behalf of Defendants in this case because she is transferring to another office within the Department of Justice. Defendants will continue to be represented in this matter by other counsel of record.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　By:　*Christina P. Greer*
　　　　　　　　　　　　　　　　CHRISTINA P. GREER
　　　　　　　　　　　　　　　　Senior Litigation Counsel
　　　　　　　　　　　　　　　　Office of Immigration Litigation
　　　　　　　　　　　　　　　　General Litigation & Appeals Section
　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　P.O. Box 868, Ben Franklin Station
　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　Phone: (202) 598-8770
　　　　　　　　　　　　　　　　Email: Christina.P.Greer@usdoj.gov