UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A. *et al.*,<br><br>  *Plaintiffs*,<br><br>v.<br><br>MAYORKAS, et al.<br><br>  *Defendants*. | Case No. 1:23-cv-1843-TSC |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Christian B. Corrigan, Solicitor General, hereby notifies the Court and parties of the withdrawal of Peter M. Torstensen, Jr., Deputy Solicitor General, as counsel of record for the Amicus State of Montana.

Mr. Corrigan further notifies the Court and parties of his entry of appearance. He is admitted or otherwise authorized to practice in this Court. He will represent the Amicus State of Montana in this matter.

DATED this 5th day of June, 2025.

AUSTIN KNUDSEN
  *Montana Attorney General*

  */s/Christian B. Corrigan*
CHRISTIAN B. CORRIGAN
  *Solicitor General*

    PETER M. TORSTENSEN, JR.
    *Deputy Solicitor General*
    Montana Department of Justice
    215 North Sanders
    P.O. Box 201401
    Helena, MT 59620-1401
    Tel:  (406) 444-2026
    peter.torstensen@mt.gov
    christian.corrigan@mt.gov

    *Counsel for Amicus State of Montana*

### CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

    */s/Christian B. Corrigan*
    CHRISTIAN B. CORRIGAN

**CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 32(g) of the Federal Rules of Appellate Procedure, Peter M. Torstensen, Jr., an employee in the Office of the Attorney General of the Montana, hereby certifies that according to the word count feature of the word processing program used to prepare this notice, the notice contains 72 words, excluding the parts of the document exempted by Rule 32(f), and complies with the typeface requirements and length limits of Rules 29 and 32(a)(5)–(7), and Circuit Rule 29-2(c)(3).

/s/ *Christian B. Corrigan*
CHRISTIAN B. CORRIGAN