UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Civil Action No. 1:23-cv-01843-TSC |

**JOINT STATUS REPORT**

On February 6, 2024, the Court stayed this case until further order of the Court in light of settlement discussions between the parties. Minute Order dated Feb. 6, 2024. In a series of joint status reports and at a status conference on November 21, 2024, the parties notified the Court that those settlement discussions were ongoing.

On February 4, 2025, the parties submitted a joint status report stating that they had concluded their settlement discussions and were "discussing the next steps for this litigation, including the need for supplemental briefing." ECF 91. The parties also stated that they would submit a further joint status report no later than March 6, 2025. On March 6, 2025, and April 9, 2025, the parties filed joint status reports stating that the "parties are still assessing appropriate next steps in this litigation, including whether any recent policy changes have any impact on this case." ECF 92; ECF 97.

The Rule at issue in this case, *Circumvention of Lawful Pathways*, 88 Fed. Reg. 31,314 (May 16, 2023), by its terms, applies to certain individuals who entered between May 11, 2023 and May 11, 2025. *See* 8 C.F.R. §§ 208.33(a), 1208.13(f). Defendants report that the Rule has not

been extended to apply to new entrants.

The parties are still discussing the status of the other procedures applicable in expedited removal proceedings challenged by Plaintiffs that are at issue in the parties' pending cross-motions for summary judgment. The parties therefore respectfully propose that they file a further joint status report to the Court no later than July 10, 2025.

Plaintiffs have requested that Defendants inform them of the status of those other expedited removal procedures by no later than June 30, 2025, so that the parties can meet and confer on proposed next steps in advance of the proposed July 10, 2025 joint status report.

Respectfully submitted,

| | | | |
|---|---|---|---|
| By: | /s/ Morgan Russell<br>Morgan Russell<br>American Civil Liberties Union<br>Immigrants' Rights Project<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>415-343-0770<br>mrussell@aclu.org | By: | /s/ Katherine J. Shinners<br>Katherine J. Shinners<br>Senior Litigation Counsel<br>U.S. Department of Justice, Civil Division<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>Tel. (202) 598-8259<br>katherine.j.shinners@usdoj.gov |
| | *Counsel for Plaintiffs* | | *Counsel for Defendants* |

Dated: June 9, 2025