UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-01843-TSC |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Undersigned counsel hereby notifies the Court of the withdrawal of Erez Reuveni as counsel of record for the Defendants in this matter. Mr. Reuveni no longer works for the U.S. Department of Justice. Undersigned counsel, Katherine J. Shinners, previously entered her appearance and will continue to represent the Defendants in this matter.

July 8, 2025                                                                    Respectfully submitted,

/s/ *Katherine J. Shinners*
Katherine J. Shinners
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel. (202) 598-8259
katherine.j.shinners@usdoj.gov

*Counsel for Defendants*