UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Civil Action No. 1:23-cv-01843-TSC |

**JOINT STATUS REPORT AND JOINT MOTION FOR SUPPLEMENTAL BRIEFING**

On February 6, 2024, the Court stayed this case until further order of the Court in light of settlement discussions between the parties. Minute Order dated Feb. 6, 2024. In a series of joint status reports and at a status conference on November 21, 2024, the parties notified the Court that those settlement discussions were ongoing.

On February 4, 2025, the parties submitted a joint status report stating that they had concluded their settlement discussions and were "discussing the next steps for this litigation, including the need for supplemental briefing." ECF 91.

In the most recent status report, ECF 105, Plaintiffs requested that the abeyance be lifted, and the parties agreed that supplemental briefing was appropriate. The parties asked for one week, until July 17, 2025, to provide a proposed schedule. *See id.* The parties have met and conferred and have agreed to jointly request leave to present supplemental briefing as set forth below.

I.   **Scope of Supplemental Briefing**

Plaintiffs seek to lift the abeyance on the claims that have already been briefed in this case,

1

and they also seek to lift the abeyance as to certain claims that were previously stayed. On September 28, 2023, the parties moved to hold in abeyance certain additional claims on which the plaintiffs had prevailed at the district court in a parallel case, *East Bay Sanctuary Covenant v. Biden*, 683 F. Supp. 3d 1025 (N.D. Cal. 2023). ECF 38. That case was previously pending on appeal but has now been remanded to the district court. *See East Bay Sanctuary Covenant v. Trump*, 134 F.4th 545 (9th Cir. 2025).

In light of that parallel litigation, the parties previously moved to hold in abeyance certain claims that were at issue in this case on which plaintiffs had prevailed before the district court in *East Bay*. ECF 38. In light of the most recent developments in *East Bay*, Plaintiffs now seek to lift that abeyance as to two claims. Specifically, the parties did not previously brief Count Two, alleging that the Rule is contrary to 8 U.S.C. § 1158. And the parties' briefing as to Count Three, alleging that the Rule is arbitrary and capricious, did not address the theories that were previously adopted by the district court in *East Bay*. Plaintiffs seek leave to address those claims in supplemental summary judgment briefing.

Defendants seek leave to provide supplemental briefing on, among other issues, the standing of the organizational plaintiffs in light of the Supreme Court's decision in *FDA v. Alliance for Hippocratic Medicine*, 602 U.S. 367 (2024), which postdates the prior summary judgment briefing in this case.

**II.   Proposed Schedule**

The parties have met and conferred and agreed to request the following schedule:

1.   In a single brief, Plaintiffs will move for summary judgment on the additional claims mentioned above and concurrently supplement their arguments as to the previously briefed claims by August 14, 2025. This brief will not exceed 25 pages.

2.        In a single brief, Defendants will cross-move for summary judgment on Plaintiff's additional claims mentioned above, respond to Plaintiffs' motion for summary judgment, and file supplemental arguments as to the previously briefed claims by September 11, 2025. This brief will not exceed 35 pages.

3.        In a single brief, Plaintiffs will respond to Defendants' cross-motion for summary judgment and supplemental arguments and will reply to Defendants' arguments in opposition to Plaintiffs' motion for summary judgment by September 25, 2025. This brief will not exceed 25 pages.

4.        In a single brief, Defendants will reply to Plaintiffs' arguments in response to Defendants' motion for summary judgment and supplemental arguments by October 9, 2025. This brief will not exceed 15 pages.

Respectfully submitted,

| | |
|---|---|
| By:  */s/ Morgan Russell*<br>Morgan Russell<br>American Civil Liberties Union<br>Immigrants' Rights Project<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>415-343-0770<br>mrussell@aclu.org<br><br>*Counsel for Plaintiffs* | By: */s/ Katherine J. Shinners*<br>Katherine J. Shinners<br>Senior Litigation Counsel<br>U.S. Department of Justice, Civil Division<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>Tel. (202) 598-8259<br>katherine.j.shinners@usdoj.gov<br><br>*Counsel for Defendants* |

Dated: July 17, 2025