UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-01843-TSC |

### [PROPOSED] ORDER

Before the Court is the parties' Joint Motion for Supplemental Briefing. The Motion is **GRANTED** and the parties are instructed to proceed as follows.

- The scope of supplemental briefing outlined in the parties' joint motion is **GRANTED**.

- The schedule for supplemental briefing shall proceed as follows:

    - Plaintiffs' supplemental brief is due August 14, 2025, and shall not exceed 25 pages;

    - Defendants' response and supplemental brief is due September 11, 2025, and shall not exceed 35 pages;

    - Plaintiffs' response and reply brief is due September 25, 2025, and shall not exceed 25 pages;

    - Defendants' reply is due October 9, 2025, and shall not exceed 15 pages.

_____
TANYA S. CHUTKAN
U.S. DISTRICT COURT JUDGE