IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., et al., *Plaintiffs*, v. KRISTI NOEM, Secretary of Homeland Security, in her official capacity, *et al.*, *Defendants*. | No. 1:23-cv-01843-TSC |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR SUMMARY JUDGMENT**

Before the Court is Plaintiffs' renewed motion for summary judgment filed August 14, 2025. Having considered the motion, the memoranda and exhibits in support thereof, and the briefs in opposition thereto, the Court **GRANTS** Plaintiffs' motion for summary judgment. The Court hereby:

1. **VACATES** the Circumvention of Lawful Pathways Rule ("Rule"); the guidance reducing the consultation period preceding a credible fear interview to a minimum of 24 hours ("24-hour Guidance"); and the policy of conducting expedited removals to third countries ("Third Country Removal Policy");

2. **DECLARES** that the Rule, the 24-hour Guidance, and the Third Country Removal Policy are contrary to law and arbitrary and capricious; and

3. **VACATES** the negative credible fear determinations, reasonable fear determinations, and/or expedited removal orders issued to each individual plaintiff.

Dated: _____                    _____
                                          Hon. Tanya S. Chutkan
                                          United States District Court Judge