# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al.*, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 1:23-cv-01843-TSC |
| ) | |
| KRISTI NOEM, Secretary of Homeland ) | |
| Security, in her official capacity, et al., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF NICOLE ROMANO-FERREIRA

I, Nicole Romano-Ferreira, pursuant to 28 U.S.C. § 1746, and based upon personal knowledge and information made known to me from official records and reasonably relied upon in the course of my employment, hereby declare as follows relating to the above-captioned matter.

1. I am currently the Acting District Director of District 3 in the Asylum Division, part of the Refugee, Asylum & International Operations Directorate (RAIO), which is within U.S. Citizenship and Immigration Services (USCIS), Department of Homeland Security (DHS).  I have held this position since May 2025.  Prior to becoming the Acting District Director of District 3, I served as the Deputy District Director of Asylum District 3 from September 2024 to May 2025, where I oversaw all credible fear and reasonable fear screening conducted by USCIS.  Prior to becoming Deputy District Director, I served as Acting Deputy Director of the New York Asylum Office, where I was responsible for managing all adjudications staff at that office, including those working on the credible

and reasonable fear portfolios. I have held other positions within the Asylum Division such as Asylum Officer, Supervisory Asylum Officer, Supervisory Immigration Officer, and Section Chief at the New York Asylum Office. In my current position as the Acting District Director of Asylum District 3, I have oversight of the operation of USCIS processing of credible fear cases nationwide. I am responsible for ensuring that policies and procedures put in place by Asylum Division Headquarters are followed by adjudications staff carrying out credible fear casework.

2. An alien "applying for admission"—such as those aliens who enter at a port of entry or who cross illegally— "may, in the discretion of the [Secretary] and at any time, be permitted to withdraw the application for admission and depart immediately from the United States" in lieu of removal proceedings, including expedited removal proceedings. 8 U.S.C. § 1225(a)(4).

3. On May 12, 2023, the USCIS Asylum Division distributed a memorandum to asylum staff following the end of the Centers for Disease Control and Prevention's Title 42 Order, titled Guidance for Asylum Staff on the CLP Rule and Procedures for Certain Noncitizens in Border Patrol Custody in the Credible Fear Screening Process. This guidance provided that officers were to read an advisal statement to inadmissible aliens from Cuba, Haiti, Nicaragua, and Venezuela (CHNV). This advisal statement informed aliens that if they chose to withdraw their application for admission, their decision to withdraw was voluntary and informed these aliens of the existence of the CHNV parole processes, for which they may have been eligible.

4. Due to the termination of the CHNV Parole processes, USCIS discontinued the use of withdrawal advisals.

5. On March 28, 2025, the USCIS Asylum Division disseminated to all asylum officers updated guidance that removed the section on voluntary withdrawal of application for admission for certain nationalities. USCIS no longer issues withdrawal of application for admission advisals to certain nationalities, namely CHNV nationals who entered on or after May 12, 2023, are in Border Patrol custody, and for whom Mexico is the designated country of removal.

6. I certify under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of September 2025, in Bethpage, NY.

NICOLE I ROMANO-FERREIRA
Digitally signed by NICOLE I ROMANO-FERREIRA
Date: 2025.09.11 12:36:08 -04'00'

Nicole Romano-Ferreira
Acting District Director
District 3, Asylum Division
Refugee, Asylum & International Operations Directorate
U.S. Citizenship and Immigration Services
Department of Homeland Security