UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi Noem, *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-01843-TSC |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the parties' Cross-Motions for Summary Judgment, IT IS ORDERED that Defendants' Cross-Motion for Summary Judgment is GRANTED and Plaintiffs' Motion for Summary Judgment is DENIED; and IT IS FURTHER ORDERED that judgment shall be entered in favor of Defendants on all claims that are not held in abeyance: Claims 1-3, Claims 5 and 6 to the extent based on a challenge to the consultation period for credible fear interviews, Claims 7-10, and Claim 13.

**SO ORDERED.**

DATE: _____    _____
THE HON. TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE

1