# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| M.A., *et al.*, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | No. 1:23-cv-01843-TSC |
| KRISTI NOEM, Secretary of Homeland Security, in her official capacity, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

### DECLARATION OF GRAHAM DUDLEY

I, Graham Dudley, declare as follows:

1. I am the Director, Enforcement Programs Division (EPD), Admissibility and Passenger Programs (APP), Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP), Department of Homeland Security, in Washington, D.C.  As Director, EPD, I manage a senior law enforcement team at CBP Headquarters which oversees admissibility policy development in conjunction with oversight for the processing of travelers seeking entry to the United States at U.S. ports of entry.  I have served in this role since January 2023.

2. On May 11, 2023, OFO Headquarters distributed a memorandum to all Directors of Field Operations, detailing port operations following the end of the Centers for Disease Control and Prevention's Title 42 Order.  This guidance provided that officers were to read an advisal statement to inadmissible aliens from Cuba, Haiti, Nicaragua, and Venezuela

(CHNV) who were being provided with the option to withdraw their application for admission, prior to permitting withdrawal. This advisal statement informed aliens that their decision to withdraw was voluntary and informed these aliens of the existence of the CHNV parole processes, for which they may have been eligible.

3. On January 17, 2025, APP disseminated an updated advisal statement update to OFO personnel at U.S. ports of entry at the southern land border.

4. The CHNV Parole Processes have been terminated. Therefore, CHNV nationals are no longer eligible for this process, and OFO has ceased providing the CHNV parole-specific advisals to such individuals. CHNV nationals, like all aliens, may be permitted at the discretion of the U.S. Government to voluntarily withdraw their application for admission on a case-by-case basis, considering on the totality of information available to OFO at the time of the encounter, and are informed the decision is voluntary.

5. I certify under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of September, in Harpers Ferry, WV.

_____
Graham S. Dudley
Director, Enforcement Programs Division
Admissibility and Passenger Programs
Office of Field Operations
U.S. Customs and Border Protection