# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al.*,<br><br>    Plaintiff<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, in her official capacity, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 1:23-cv-01843-TSC<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MICHAEL JULIEN

I, Michael Julien, declare as follows:

1. I currently serve as the Acting Division Chief in the Immigration, Prosecution, and Custody Operations of the Law Enforcement Operations Directorate (LEOD) of the U.S. Border Patrol (USBP) Headquarters at U.S. Customs and Border Protection (CBP). I have been in this role since July 20, 2025. Prior to my current role, from August 2024 to July 2024, I was an Assistant Chief with USBP LEOD, where I oversaw operations in the Western Corridor of the United States. From April 2022 to August 2024, I served as a Special Operations Supervisor in Tucson Sector.

2. In my current role, I oversee immigration enforcement, criminal prosecutions, and custodial conditions. My position includes oversight of USBP immigration enforcement policies and practices, including policies related to the removal of inadmissible aliens.

3. On May 25, 2023, USBP disseminated guidance to sectors informing them that certain inadmissible non-Mexican aliens were permitted to withdraw their application for admission and voluntarily return to Mexico. The guidance reiterated the requirement that a withdrawal must be voluntary, and the requirement that agents ensure that aliens receive certain standardized advisals prior to permitting such a withdrawal. In addition, USBP implemented a separate withdrawal statement for nationals of Cuba, Haiti, Nicaragua, and Venezuela (CHNV), which agents were to read prior to permitting such a withdrawal. Such advisals, among other things, informed these aliens of the existence of the CHNV parole processes, for which they may have been eligible. USBP has discontinued the use of the CHNV withdrawal advisal. CHNV nationals, like all aliens, may, at the discretion of the U.S. Government, be permitted to voluntarily return, and are provided with general advisals of their rights prior to doing so.

4. I certify under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of September, in Washington, DC.

_____

Michael Julien
Acting Division Chief, Immigration, Prosecution,
and Custody Operations
Law Enforcement Operations Directorate
U.S. Border Patrol
U.S. Customs and Border Protection