UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Civil Action No. 1:23-cv-01843-TSC |

**JOINT MOTION TO AMEND BRIEFING SCHEDULE**

On July 17, 2025, the parties filed a status report and moved for a new briefing schedule in this case. ECF 105, 106. The Court initially granted the parties' proposal, which also contained limits on the length and scope of briefing. *See* Order, July 18, 2025. The Court subsequently vacated and replaced that order. As to the schedule, the Court instructed that:

> Plaintiffs' summary judgment motion is due by August 14, 2025; Defendants' response is due by September 11, 2025; Plaintiffs' response and reply brief is due by September 25, 2025; Defendants' reply is due by October 9, 2025. The court WAIVES the page limitations set by D.C. Local Rule 7(e).

Order, July 24, 2025.

Plaintiffs and Defendants both filed their initial briefs according to the schedule above and now seek to amend the remaining deadlines. The parties propose that:

1. Plaintiffs' response and reply be due October 9, 2025; and that

2. Defendants' reply be due October 30, 2025.

A proposed order is attached.

/
/
/

Respectfully submitted,

By: <u>/s/ Lee Gelernt</u>
    Lee Gelernt
    American Civil Liberties Union
    Immigrants' Rights Project
    125 Broad Street, 18th Floor
    New York, NY 10004
    Tel. (212) 549-2660
    lgelernt@aclu.org

*Counsel for Plaintiffs*

By: <u>/s/ Katherine J. Shinners</u>
    Katherine J. Shinners
    Senior Litigation Counsel
    U.S. Department of Justice, Civil Division
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    Tel. (202) 598-8259
    katherine.j.shinners@usdoj.gov

*Counsel for Defendants*

Dated: September 16, 2025