**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| M.A., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Civil Action No. 1:23-cv-01843-TSC |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Motion to Amend the Briefing Schedule. The Motion is **GRANTED** and the parties are instructed to proceed as follows:

1. Plaintiffs' response and reply is due October 9, 2025; and

2. Defendants' reply is due October 30, 2025.

_____
HON. TANYA S. CHUTKAN
U.S. DISTRICT COURT JUDGE

1