IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., et al., | ) |
|              *Plaintiffs,* | ) |
| v. | ) No. 1:23-cv-01843-TSC |
| KRISTI NOEM, Secretary of Homeland Security, in her official capacity, et al. | ) |
|              *Defendants.* | ) |

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULES 83.2(f) AND 83.2(g)

I, Kristy Blumeyer-Martinez, hereby certify under Local Civil Rules 83.2(f) and 83.2(g) of the United States District Court for the District of Columbia, that:

1. I am a member in good standing of the state bar of Texas (bar number 24087177).

2. I am employed by The Refugee and Immigrant Center for Education and Legal Services (RAICES).

3. I am representing Plaintiffs M.A., R.S., M.P., J.P., E.B., M.N., K.R., M.R., B.H., L.A., R.V., Y.F., M.S., F.C., D.M., J.S., R.E., S.U., Las Americas Immigrant Advocacy Center, and RAICES in this case without compensation from the Plaintiffs.

4. I am not the sole attorney in this matter. I am co-counsel with, among other attorneys, Keren Zwick of the National Immigrant Justice Center, Melissa Crow of the Center for Gender & Refugee Studies, Cody Wofsy and Lee Gelernt of the American Civil Liberties Union Foundation, and Arthur B. Spitzer and Scott Michelman of the American Civil Liberties Union Foundation of the District of Columbia, who are members of the Bar of the United States District

Court for the District of Columbia.

5.	Pursuant to Local Civil Rules 83.2(h) and 83.2(i), I certify that I have personal familiarity with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules 83.8(b) and 83.9(a).

Dated: October 8, 2025

Respectfully submitted,

*Kristy Blumeyer-Martinez*

Kristy Blumeyer-Martinez
Refugee and Immigrant Center for
Education and Legal Services (RAICES)
P.O. Box 786100
San Antonio, TX 78278
kristy.blumeyermartinez@raicestexas.org
Tel.: (210) 469-4218
Fax: (210) 625-6835

*Attorney for Plaintiffs*