AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |  |
|---|---|---|
| M.A., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:23-cv-01843-TSC |
| Kristi Noem, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs M.A. et al.                                                                                                    .

Date:    10/08/2025

*Attorney's signature*

Kristy Blumeyer-Martinez (Texas Bar No. 24087177)
*Printed name and bar number*

Refugee and Immigrant Center for Legal and
Education Services (RAICES)
P.O. Box 786100
San Antonio, TX 78278
*Address*

kristy.blumeyermartinez@raicestexas.org
*E-mail address*

(210) 469-4218
*Telephone number*

(210) 625-6835
*FAX number*