# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., et al. | ) |
| | ) |
|    *Plaintiffs*, | ) |
| | ) |
| v. | ) Case No. 1:23-CV-1843 |
| | ) |
| ALEJANDRO MAYORKAS, et al., | ) |
| | ) |
|    *Defendants*. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Alexander Barrett Bowdre, Solicitor General of Alabama, hereby notifies the Court and parties of the withdrawal of Edmund G. LaCour Jr. as counsel of record for the Amicus State of Alabama.

Mr. Bowdre further notifies the Court and parties of his entry of appearance. He is admitted or otherwise authorized to practice in this Court. He will represent the Amicus State of Alabama in this matter.

                                                Respectfully submitted,

                                                Steve Marshall
                                                *Attorney General*

                                                s/ A. Barrett Bowdre
                                                A. Barrett Bowdre
                                                *Solicitor General*
                                                Office of the Attorney General
                                                501 Washington Avenue
                                                Montgomery, Alabama 36130-0152
                                                Telephone: 334.242.7300

2

Barrett.Bowdre@AlabamaAG.gov

*Counsel for Amicus Curiae State of Alabama*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ A. Barrett Bowdre
A. Barrett Bowdre
*Counsel for Amicus Curiae State of Alabama*