IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.A., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants*. | No. 1:23-cv-1843-TSC |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM STANDING ORDER NO. 25-55**

Upon consideration of Plaintiffs' motion, and for good cause shown, the motion is GRANTED. Notwithstanding Standing Order No. 25-55 (JEB) (Oct. 1, 2025), Defendants' reply in support of their motion for summary judgment shall be filed no later than December 1, 2025.

DATE: _____    _____
                                HON. TANYA S. CHUTKAN
                                U.S. DISTRICT COURT JUDGE