Attorney for: Plaintiffs M.A., *et al*.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

M.A., *et al.*,

Plaintiffs,

v.

Kristi Noem, *et al.*,

Defendants.

Case No.: 1:23-cv-01843-TSC

**NOTICE OF CHANGE OF ADDRESS**

**NOTICE OF CHANGE OF ADDRESS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Melissa Crow has changed ☐names, ☐firms, ☒addresses, ☐phone numbers, and/or ☐fax numbers as follows.

Current contact information:

Melissa Crow
1901 Pennsylvania Avenue NW, Suite 900
PMB 228
Washington D.C. 20006
Phone: 202-355-4471
crowmelissa@uclawsf.edu

Dated: February 10, 2026

*/s/ Melissa Crow*
Melissa Crow

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed with the Court on February 10, 2026, causing all counsel of record to be served via the Court's CM/ECF filing system.

*/s/ Melissa Crow*
Melissa Crow